UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA J. GARRETT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:09CV1252 RWS |
| J. DOUGLAS CASSITY, et al., | ) |
| Defendants. | ) |

## ORDER

I have determined that I should disqualify myself from this case to avoid any potential appearance of impropriety. See 28 U.S.C. § 455. I will therefore direct the Clerk of Court to assign the case randomly to a different Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case, and the Clerk of Court shall randomly reassign the case to another judge.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of August, 2009.