UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA J. GARRETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:09CV1252 CDP |
| ) | |
| J. DOUGLAS CASSITY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

I have determined that I should disqualify myself from this case to avoid any potential appearance of impropriety. See 28 U.S.C. § 455. I will therefore direct the Clerk of Court to assign the case randomly to a different Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case, and the Clerk of Court shall randomly reassign the case to another District Judge.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of September, 2009.