UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA J. GARRETT, et al., | ) |
| Plaintiff(s), | ) |
| Vs. | ) Case No. 4:09CV01252 ERW |
| J. DOUGLAS CASSITY, et al., | ) |
| Defendant(s). | ) |

## **ORDER**

This matter is before the Court on Motion for Appointment of Counsel by Defendant Erin Province Engel [doc. #53]. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interest of justice.

Accordingly,

**IT IS HEREBY ORDERED** that Mark E. Goodman, Capes and Sokol, 7701 Forsyth Boulevard, 12th Floor, St. Louis, MO, 63105, phone 314-721-7701, fax 314-721-0554, is appointed to represent Defendant Erin Province Engel in this matter. The Clerk of the Court shall provide Defendant Engel's newly-appointed counsel with a copy of any requested documents from the Court file at no cost.

**IT IS FURTHER ORDERED** that Defendant Engel shall Answer or otherwise respond to Plaintiffs' Complaint no later than **December 18, 2009**.

So Ordered this 2nd day of November, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE