IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA J. GARRETT, SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL.,<br><br>    Defendants. | Case No. 09-CV-1252-ERW |

## MOTION FOR RELIEF FROM ORDER
## OF APPOINTMENT AS COUNSEL AND/OR TO WITHDRAW

COME NOW Movants Mark E. Goodman ("Goodman") and Capes, Sokol, Goodman & Sarachan, P.C. ("Capes Sokol") and hereby move for an order granting relief from the Court's Order dated November 2, 2009 (Doc. 163) appointing Goodman and Capes Sokol as counsel for Defendant Erin Province Engel ("Defendant Engel"). Alternatively, Goodman and Capes Sokol move for an order granting them leave of Court to withdraw as counsel for Defendant Engel. In support thereof, Movants state:

1. On or about August 5, 2009, Plaintiffs filed their Complaint with this Court ("Complaint").

2. The Complaint contains thirty (30) counts. Defendant Engel is named a Defendant in the Complaint as a result of alleged acts and conduct arising out of her employment as the Customer Service/Claims Manager for National Prearranged Services, Inc. ("NPS"). Complaint ¶ 47.

3. Defendant Engel is named as a Defendant as part of three (3) separate sets of group defendants, referred to in the Complaint as the RICO Defendants, the Fraudulent Transfer Defendants and the D&O Defendants. Complaint ¶¶ 86, 87, 90. A combined eighteen (18) counts are directed at the RICO Defendants, the Fraudulent Transfer Defendants and the D&O Defendants. Those counts are Counts 1, 2, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 22, 26, 27 and 28, which respectively seek relief under the following theories: RICO, Conspiracy to Violate RICO, the Lanham Act, Fraudulent Omissions/Non-Disclosure, Fraudulent Misrepresentation, Conspiracy to Defraud, Aiding and Abetting Fraud, Negligent Misrepresentation and Omissions, Consumer Protection Act Violations, Texas Receivership Act Violations, Violation of Texas Insurance Code § 463.302, Fraudulent Transfer Act Violations, Breach of Fiduciary Duty, Gross Negligence, Aiding and Abetting Breach of Fiduciary Duty, Tortious Interference with Contract, Conversion and Unjust Enrichment.

4. The Complaint also names as a Defendant Randall J. Singer ("Singer"). Complaint ¶ 39. The Complaint alleges that, at various times, Defendant Singer served as President of Lincoln Memorial Life Insurance Company ("Lincoln") and Memorial Service Life Insurance Company ("Memorial") and as NPS' Regional President for Missouri. *Id.*

5. Defendant Singer is also a constituent of the RICO Defendants, the Fraudulent Transfer Defendants and the D&O Defendants defendant groups, the same defendant groups of which Defendant Engel is a member. Therefore, Plaintiffs seek the same relief from both Engel and Singer based upon the same factual bases and legal theories.

6. In or about December, 2008 prior to the entry of the Court's Order dated November 2, 2009 appointing Goodman and Capes Sokol as counsel for Defendant Engel, Capes Sokol and Sanford J. Boxerman ("Boxerman") established an attorney-client relationship with Defendant Singer. Mr. Boxerman is a fellow shareholder with Mr. Goodman in Capes Sokol.

7. The nature and extent of Mr. Singer's engagement of Capes Sokol and Boxerman cannot be fully divulged without compromising matters protected from disclosure by the attorney-client privilege. However, without compromising the privilege the Movants can state that Mr. Boxerman has consulted with Mr. Singer in relation to this litigation. Capes Sokol and Mr. Boxerman's attorney-client relationship with Mr. Singer has not been terminated to date, rather, said representation is ongoing.

8. Missouri Supreme Court Rule 4-1.7(b) provides in part:

> A lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's responsibilities to another client or to a third person, or by the lawyer's own interests unless:
>
> (1) the lawyer reasonably believes the representation will not be adversely affected;
>
> (2) the client consents after consultation. When representation of multiple clients in a single matter is undertaken, the consultation shall include explanation of the implications of the common representation and the advantages and risks involved.

Mo. Sup. Ct. R. 4-1.7.

9. Based upon Capes Sokol's and Boxerman's prior and continuing representation of Singer, Goodman and Capes Sokol have a conflict of interest which prevent them from accepting the appointment to represent Defendant Engel in this case.

10. In further support, Movants incorporate by reference their Memorandum in Support of this motion filed contemporaneously herewith.

WHEREFORE, Movants respectfully request that the Court grant them relief from the Court's Order dated November 2, 2009 (Doc. 163) appointing Goodman and Capes Sokol as counsel for Defendant Engel by setting aside said order and appointing new counsel to represent Defendant Engel, or, alternatively, that the Court grant Movants leave of Court to withdraw as counsel of record herein for Defendant Engel, and for such other and further relief as the Court deems to be just and proper in the circumstances.

CAPES, SOKOL, GOODMAN & SARACHAN, P.C.


By: */s/ Mark E. Goodman*
Mark E. Goodman #3248
7701 Forsyth Boulevard, 12th Floor
Saint Louis, Missouri 63105
Telephone: (314) 721-7701
Facsimile: (314) 721-0554
goodman@capessokol.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of November, 2009 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Daniel M. Reilly
dreilly@rplaw.com
Larry S. Pozner
lpozner@rplaw.com
Clare S. Pennington
cpennington@rplaw.com
Wendy B. Fisher
wfisher@rplaw.com
Glenn E. Roper
geroper@rplaw.com
Reilly Ponzer LLP
511 16th Street, Suite 700
Denver, Colorado 80202
*Attorneys for Plaintiffs*

Jonathan F. Andres #73763
andres@stlouislaw.com
Green Jacobson P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, Missouri 63105
*Attorneys for Defendants*
*Wulf and Wulf Bates & Murphy, Inc.*

E. Calvin Matthews IV #526775
ecm@gpslegal.com
Jim J. Shoemake #4357
jjs@gpslegal.com
Deborah J. Westling #3549
djw@gpslegal.com
Eric M. Walter #107730
emw@gpslegal.com
Guilfoil Petzall & Shoemake LLC
100 S. Fourth Street, Suite 500
St. Louis, Missouri 63102-1821
*Attorneys for Defendant*
*Randall K. Sutton*

Noel A. Sevastianos #49346
Noel@NoelsLaw.com
Sevastianos & Associates P.C.
120 S. Central Ave., Suite 130
St. Louis, Missouri 63105-1705
*Attorneys for Defendants*
*Forever Enterprises, Inc., Forever Network, Inc., Forever Illinois, Inc., Texas Forever, Inc., Lincoln Memorial Services, Inc., National Heritage Enterprises, Inc., National Prearranged Services Agency, Inc., Legacy International Imports, Inc., and Brentwood Heritage Properties, LLC*

James M. Weiss
james.weiss@bryancave.com
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102-2750
*Attorneys for Defendant*
*Bank of America, N.A.*

Sanford Goffstein #3227
sgoffstein@grlawstl.com
Don R. Sherman #21491
dsherman@grlawstl.com
Lori R. Koch #3584
lkoch@grlawstl.com
Goffstein Raskas Pomerantz Kraus
 & Sherman LLC
7701 Clayton Road
St. Louis, Missouri 63117
*Attorneys for Defendant*
*Brown Smith Wallace LLC*

Steven H. Schwartz #4316  
sschwartz@bjpc.com  
Brown and James P.C.  
1010 Market Street, 20th floor  
St. Louis, Missouri 63101  
*Attorneys for Defendants*  
*Howard A. Wittner, individually and*  
*as Trustee of the RBT Trust II and*  
*Wittner Spewak & Maylack P.C.*

Thomas Cummings #2910  
tcummings@armstrongteasdale.com  
Jonathan D. Valentino #538607  
jvalentino@armstrongteasdale.com  
Armstrong Teasdale LLP  
One Metropolitan Square, Suite 2600  
St. Louis, Missouri 63102-2740  
*Attorneys for Defendant*  
*Bremen Bank and Trust Company*

Jeffrey T. Demerath #2963  
jdemerath@armstrongteasdale.com  
Christopher R. LaRose #5220476  
clarose@armstrongteasdale.com  
Armstrong Teasdale LLP  
One Metropolitan Square, Suite 2600  
St. Louis, Missouri 63102-2740  
*Attorneys for Defendants*  
*Southwest Bank and Marshall & Ilsley*  
*Trust Company, N.A.*

David B. Cosgrove #162893  
dcosgrove@cosgrovelawllc.com  
Kurt J. Schafers #532109  
kschafers@cosgrovelawllc.com  
Cosgrove Law LLC  
1401 S. Brentwood Boulevard, Suite 560  
St. Louis, Missouri 63144  
*Attorneys for Defendant Anne Chrun*

Richard E. Gottlieb, *pro hac vice*  
rgottlieb@dykema.com  
Renee L. Zipprich, *pro hac vice*  
rzipprich@dykema.com  
10 South Wacker Drive, Suite 2300  
Chicago, Illinois 60606  
*Attorneys for Defendant*  
*Comerica Bank & Trust, N.A.*

Jay L. Kanzler Jr. #3516  
jaykanzler@wkllc.com  
Witzel Kanzler Kenney Dimmitt  
 & Kanzler LLC  
2001 S. Big Bend Boulevard  
St. Louis, Missouri 63117  
*Attorneys for Defendant American Stock*  
*Transfer and Trust Company*

Bogdan Rentea  
brentea@rentealaw.com  
Rentea & Associates  
1002 Rio Grande  
Austin, Texas 78701  
*Attorneys for Defendants Tony B.*  
*Lumpkin III and Lennie J. Cappleman*

James W. George  
jwgeorge@texas.net  
Law Offices of James W. George  
901 South Mopac Expressway  
Barton Oaks Plaza One, Suite 300  
Austin, Texas 78746  
*Attorneys for Defendant Larry Keith Hale*

David H. Luce  
dhl@carmodymacdonald.com  
Carmody MacDonald P.C.  
120 S. Central Ave., Suite 1800  
St. Louis, Missouri 63105  
*Attorneys for Defendant*  
*Michael R. Butler*

J. Christian Goeke #71795  
jcgoeke@gabrielmail.com  
Law Offices of J. Christian Goeke  
7711 Bonhomme Avenue, Suite 850  
Clayton, Missouri 63105  
*Attorneys for Defendant Kelly Tate*

Mike W. Bartolacci #29110
mbartolacci@thompsoncoburn.com
Christopher M. Hohn #62067
chohn@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza, Suite 26
St. Louis, Missouri 63101
*Attorneys for Defendant*
*National City Bank*

Joseph L. Green
jgreen@leritzlaw.com
Leritz Plunkert & Bruning P.C.
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
*Attorney for Defendant*
*Nekol Province*

Joseph P. Whyte
jwhyte@whytelawfirm.com
The Whyte Law Firm
P.O. Box 440236
2025 S. Brentwood Blvd., Suite 102
St. Louis, Missouri 63144-0236
*Attorneys for Defendant*
*Comerica Bank & Trust, N.A*

Burton H. Shostak #4359
bshostak@shostaklawfirm.com
Shostak & Shostak LLC
8015 Forsyth Boulevard
St. Louis, Missouri 63105
*Attorneys for Defendant*
*Randall K. Sutton*

Barry A. Short #4358
bshort@lewisrice.com
Evan Z. Reid, #93822
ereid@lewisrice.com
Carine M. Doyle
cdoyle@lewisrice.com
Lewis, Rice & Fingersh L.C.
500 N. Broadway, Suite 2000
St. Louis, Missouri 63102
*Attorneys for Defendant Brent Cassity*

Cicely I. Lubben #118683
clubben@stinson.com
Sandra J. Wunderlich #33182
swunderlich@stinson.com
Stinson Morrison Hecker LLP
168 N. Meramec Ave., Suite 400
St. Louis, Missouri 63105
*Attorneys for Defendant U.S. Bank, N.A.*

Adam Goffstein #72930
adam@goffsteinlaw.com
Adam M. Goffstein LLC
7777 Bonhomme Avenue, Suite 1910
St. Louis, Missouri 63105
*Attorney for Defendant Scannell*

Steven M. Cohen #2848
scohen@bcbslaw.com
Michael J. Sewell #513954
Berger Cohen & Brandt L.C.
8000 Maryland Ave., Suite 1550
Clayton, Missouri 63105
*Attorneys for Defendant*
*Roxanne J. Schnieders (Sargent)*

Deirdre C. Gallagher #36043
dgallagher@spencerfane.com
Spencer Fane Britt & Browne LLP
One N. Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
*Attorneys for Defendant J. Tyler Cassity*
*and Hollywood Forever, Inc.*

The undersigned further certifies that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 10th day of November, 2009 to the following non-participants in Electronic Case Filing:

Erin Province a/k/a Erin Engle
129 Asilomar Court
Ballwin, Missouri 63105

James. M. Crawford
418 Pine Bend Drive
Chesterfield, Missouri 63005
*Pro Se*

Marianne Jones
2309 W. New Hope Drive
Cedar Park, Texas 78613
*Pro Se*

Rhonda L. Cassity, Inc.
 a/k/a Wellstream, Inc.
c/o Danielle E. deBenedictis
deBenedictis Miller & Blum P.A.
95 Commercial Wharf
Boston, Massachusetts 02110

Wise, Mitchell & Associates, Ltd.
1250 Capital of Texas Hwy South
Building 3, Suite 150
Austin, Texas 78746

J. Douglas Cassity
200 E. 61st St., Apt 37A, 37B, 37C
New York, New York 10085-8556

J. Douglas Cassity
4201 Gulf Shore Blvd N, Apt 1103
Naples, Florida 34103-2251

J. Douglas Cassity
18 Cliff Road
Nantucket, MA 01554-3644

George Wise III
3001 Huron Club Court
Austin, Texas 78738

Randall J. Singer
10833 Forest Circle Dr.
Sappington, Missouri 63128
*Pro Se*

American Stock Transfer and Trust Company
c/o George Karfunkel, President
59 Maiden Lane
New York, New York 10038

Seema Chawla (pro hac vice)
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
*Attorneys for Defendant Bank of America, N.A.*

James M. Golden, *pro hac vice*
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
*Attorney for Defendant*
*Comerica Bank & Trust, N.A.*

Rhonda L. Cassity
200 E. 61st St., Apt 37A, 37B, 37C
New York, New York 10085-8556

Rhonda L. Cassity
4201 Gulf Shore Blvd N, Apt 1103
Naples, Florida 34103-2251

Rhonda L. Cassity
18 Cliff Road
Nantucket, MA 01554-3644

                                                  */s/ Mark E. Goodman*