UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DONNA J. GARRETT, et al.,  )
    Plaintiff(s),  )
vs.  ) No. 4:09CV01252 ERW
J. DOUGLAS CASSITY, et al.,  )
    Defendant(s).  )

### ORDER

**IT IS HEREBY ORDERED** that Second Motion for Extension of Time to File Answer by [doc. #198] is **GRANTED.** Defendant Howard A. Wittner, individually and as Trustee of the RBT Trust II and Defendant Wittner, Spewak & Maylack, P.C., f/k/a Wittner, Poger, Spewak, Maylack & Spooner, P.C. shall Answer or otherwise respond to Plaintiff's Complaint no later than **November 30, 2009**.

**IT IS FURTHER ORDERED** that Motion for Extension of Time [doc. #199] is **GRANTED.** Defendants Brentwood Heritage Properties, LLC.; Forever Enterprises, Inc.; Forever Illinois, Inc.; Forever Network, Inc.; Legacy International Imports, Inc.; Lincoln Memorial Services, Inc.; National Heritage Enterprises, Inc.; National Prearranged Services Agency, Inc.; and Texas Forever, Inc.; shall Answer or otherwise respond to Plaintiffs' Complaint no later than **November 23, 2009**.

So Ordered this  16th  Day of November , 2009.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**