UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA J. GARRETT, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) No. 4:09CV01252 ERW |
| J. DOUGLAS CASSITY, et al., | ) |
| Defendant(s). | ) |

**ORDER**

**IT IS HEREBY ORDERED** that Second Motion for Extension of Time to File Answer [doc. #202] is **GRANTED.** Defendant Randall K. Sutton shall Answer or otherwise respond to Plaintiffs' Complaint no later than **December 18, 2009**.

So Ordered this **17th** Day of **November**, 2009.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**