UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA J. GARRETT, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) No. 4:09CV01252 ERW |
| J. DOUGLAS CASSITY, et al., | ) |
| Defendant(s). | ) |

### ORDER

**IT IS HEREBY ORDERED** that Second Motion for Extension of Time to File Answer [doc. #215] is **GRANTED.** Defendant Nekol Province shall Answer or otherwise respond to Plaintiffs' Complaint no later than **December 18, 2009**.

**IT IS FURTHER ORDERED** that Motion to Withdraw as Appointed Counsel of Record [doc. #216] is **GRANTED.** Peter S. Gilster shall be termed as counsel of record for Defendant Erin Province Engle and a new Order of appointment shall issue forthwith.

**So Ordered this 19th Day of November, 2009.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**