UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA J. GARRETT, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | Case No.   4:09CV01252 ERW |
| | ) | |
| J. DOUGLAS CASSITY, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter is before the Court on Motion for Appointment of Counsel by Defendant Erin Province Engle [doc. #53].  Counsel was previously appointed and allowed to withdraw by this Court due to a conflict of interest of prior and continuing representation of another Defendant in an unrelated matter by the firm of Greensfelder and Hemker, PC.  The Court has reviewed the pleadings in this matter and is of the opinion that new appointment of counsel would best serve the interest of justice.

Accordingly,

**IT IS HEREBY ORDERED** that Gary L. Vincent of Husch, Blackwell, Sanders, LLP, 190 Carondelet Plaza, Suite 600, St. Louis, MO, 63105, phone 314-480-1500, fax 314-480-1505, is appointed to represent Defendant Erin Province Engle in this matter.  The Clerk of the Court shall provide Defendant Engle's newly-appointed counsel with a copy of any requested documents from the Court file at no cost.

**IT IS FURTHER ORDERED** that Defendant Engle shall Answer or otherwise respond to Plaintiffs' Complaint no later than **December 31, 2009**.

So Ordered this 19th day of November, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE