UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DONNA J. GARRETT, et al., )
 )
    Plaintiff(s), )
 )
vs. ) No. 4:09CV01252 ERW
 )
J. DOUGLAS CASSITY, et al., )
 )
    Defendant(s). )

**ORDER**

**IT IS HEREBY ORDERED** that Motion to Withdraw as Appointed Counsel of Record [doc. #259] is **GRANTED.** Gary L. Vincent of the law firm of Husch, Blackwell, Sanders, LLP shall be termed as appointed counsel of record for Defendant Erin Province Engle in this matter.

The Court finds it appropriate to appoint Timothy R. Muehleisen, Moser and Marsalek, P.C., 200 N. Broadway, Suite 700, St. Louis, MO, 63102, phone 314-244-2235, fax 314-421-5640, to represent said Defendant in this matter. The Clerk of the Court shall provide Defendant Engle's newly-appointed counsel with a copy of any requested documents from the Court file at no cost.

**So Ordered this 4th Day of December , 2009.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**