UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DONNA J. GARRETT, et al., )
 )
    Plaintiff(s), )
 )
vs. ) No. 4:09CV01252 ERW
 )
J. DOUGLAS CASSITY, et al., )
 )
    Defendant(s). )

**ORDER**

**IT IS HEREBY ORDERED** that Second Motion for Extension of Time [doc. #262] is **GRANTED.** Defendant Comerica Bank & Trust, N.A.'s Reply relating to their pending Motion to Dismiss [doc. #197] shall be filed no later than December 22, 2009.

**So Ordered this 4th Day of December, 2009.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**