```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

DONNA J. GARRETT, et al.,    )
                             )
    Plaintiff(s),            )
                             )
vs.                          )  No. 4:09CV01252 ERW
                             )
J. DOUGLAS CASSITY, et al.,  )
                             )
    Defendant(s).            )

## ORDER

**IT IS HEREBY ORDERED** that Motion for Extension of Time [doc. #265] is **GRANTED.** Defendant Wise, Mitchell & Associates, LTD, shall Answer or otherwise respond to Plaintiffs' Complaint no later than December 18, 2009.

**So Ordered this 7th Day of December, 2009.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**