```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

DONNA J. GARRETT, et al.,              )
                                       )
    Plaintiff(s),                  )
                                       )
vs.                                    ) No. 4:09CV01252 ERW
                                       )
J. DOUGLAS CASSITY, et al.,            )
                                       )
    Defendant(s).                  )

## ORDER

**IT IS HEREBY ORDERED** that Motion for Extension of Time [doc. #352] is **GRANTED**. Plaintiffs' Response to Motion for Protective Order [doc. #335] filed by Defendant J. Douglas Cassity shall be filed no later than **February 11, 2010**.

So Ordered this _1st_ Day of _February_, 2010.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**