**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DONNA J. GARRETT, et al., | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
| vs. | ) No. 4:09CV01252 ERW |
| | ) |
| J. DOUGLAS CASSITY, et al., | ) |
| | ) |
|     Defendant(s). | ) |

### ORDER

**IT IS HEREBY ORDERED** that Motion for Extension of Time [doc. #373] is **GRANTED**. Any Reply by Defendant J. Douglas Cassity to the pending Motion for Protective Order [doc. #335] shall be filed no later than **February 26, 2010**.

**So Ordered this 22nd Day of February, 2010.**

_____
**E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE**