**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DONNA J. GARRETT, et al., | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
| vs. | ) No. 4:09CV01252 ERW |
| | ) |
| J. DOUGLAS CASSITY, et al., | ) |
| | ) |
|     Defendant(s). | ) |

### ORDER

**IT IS HEREBY ORDERED** that Motion for Leave to Appear Pro Hac Vice [doc. #377] is **GRANTED**. W. Perry Brandt shall be admitted pro hac vice for the purpose of representing Defendant Bank of America, N.A., in this matter.

**So Ordered this 23rd Day of February, 2010.**

_____
**E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE**