UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA J. GARRETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:09CV01252 ERW |
| ) | |
| J. DOUGLAS CASSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the Verified Motion of Counsel to Withdraw [doc. #443], filed by Sevastianos & Associates, P.C., counsel of record for Defendants Brentwood Heritage Properties, LLC, Forever Enterprises, Inc., Forever Illinois, Inc., Forever Network, Inc., Legacy International Imports, Inc., Lincoln Memorial Services, Inc., National Heritage Enterprises, Inc., National Prearranged Services Agency, Inc., and Texas Forever, Inc., and the Joint Motion for Extension of Time in Which to File Memorandum in Opposition [doc. #442], filed on behalf of those same Defendants, are **DENIED**. The Court will revisit this issue upon the renewed filing of a motion to withdraw, following resolution of the pending Motion for Preliminary Injunction Freezing Assets of Specified Defendants [doc. #405].

**IT IS FURTHER ORDERED** that the Joint Consent Motion of Defendants Brent D. Cassity, J. Tyler Cassity, J. Douglas Cassity, Rhonda L. Cassity, Hollywood Forever Inc., and Rhonda L. Cassity, Inc. a/k/a Wellstream, Inc. for a Second Extension of Time in Which to File Memoranda in Opposition [doc. #445] is **GRANTED**. All responses in opposition to Plaintiffs' Motion for Preliminary Injunction Freezing Assets of Specified Defendants [doc. #405] shall be filed no later than **June 21, 2010**. This extension of the deadline applies to any and all parties

who might wish to file responses in opposition to Plaintiffs' Motion, and not only to those parties bringing the present Motion for a Second Extension.

Dated this 9th Day of June, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE