IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA J. GARRETT, SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC.; ET AL., <br><br> Plaintiffs, <br> v. <br><br> J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., <br><br> Defendants. | Case No. 09-CV-1252-ERW |

### VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST SEPARATE DEFENDANT ERIN PROVINCE ENGLE

Come now plaintiffs, by counsel, and pursuant to Civ. R. 41(a)(2) request an Order of the Court approving plaintiffs' dismissal with prejudice of their claims action made against separate defendant Erin Province Engle as set out in Plaintiffs' First Amended Complaint. Separate defendant Erin Province Engle has not pleaded a counterclaim or filed a motion for summary judgment, and further said separate defendant Erin Province Engle and her counsel consent to this dismissal.

WHEREFORE, plaintiffs pray that the Court enter an Order approving plaintiffs' dismissal with prejudice against separate defendant Erin Province Engle only, and not to effect plaintiffs' claims set out and contained in Plaintiffs' First Amended Complaint against all remaining defendants.

584 / 091167

Date: November 19th, 2010

/s/ **Maurice B. Graham**
Maurice B. Graham Bar Number: 3257
Co-Counsel for Plaintiffs
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
(314) 241-5620
Fax: (314) 241-4140
Email: mgraham@grgpc.com
www.grayrittergraham.com

Daniel M. Reilly
Larry S. Pozner
Glenn E. Roper
Wendy B. Fisher
Co-Counsel for Plaintiffs
Reilly Pozner LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
303-893-6100
Fax: 303-893-6110
dreilly@rplaw.com
lpozner@rplaw.com
groper@rplaw.com
wfisher@rplaw.com
www.rplaw.com

## SEPARATE DEFENDANT ERIN PROVINCE ENGLE'S CONSENT TO DISMISSAL

Comes now separate defendant Erin Province Engle, in person and by counsel, and hereby consents to, and requests the Court to, approve plaintiffs' dismissal with prejudice against Erin Province Engle.

Dated this 9th day of November, 2010.

_____   _____
ERIN PROVINCE ENGLE                JOAN M. SWARTZ
                                   Attorney for Erin Province Engle

584 / 091167                       -2-

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20th, 2010, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Steven H. Schwartz
Email: sschwartz@bjpc.com
Brown and James, P.C.
1010 Market Street, 20th floor
St. Louis, Missouri  63101
Attorneys for Defendants Howard A. Wittner, individually and as Trustee of the RBT Trust II and Wittner, Spewak & Maylack, P.C.

E. Calvin Matthews, IV
Email: ecm@gpslegal.com
Jim J. Shoemake #4357
Email: jjs@gpslegal.com
Deborah J. Westling #3549
Email: djw@gpslegal.com
Eric M. Walter #107730
Email: emw@gpslegal.com
Guilfoil Petzall & Shoemake, L.L.C.
100 South Fourth Street, Suite 500
St. Louis, MO  63102-1821
Attorneys for Defendant Randall K. Sutton

Jonathan F. Andres
Email: andres@stlouislaw.com
W. Scott Rose #5243725
Email:  rose@stlouislaw.com
Green Jacobson, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, Missouri  63105
Attorneys for Defendants Wulf and Wulf, Bates & Murphy, Inc.

-4-

Burton H. Shostak
Email: bshostak@shostaklawfirm.com
Shostak & Shostak, LLC
The Berkley Building
8015 Forsyth Boulevard
St. Louis, MO  63105
Attorney for Defendant Randall K. Sutton

James M. Weiss
Email: james.weiss@bryancave.com
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO   63102-2750
Attorneys for Defendant Bank of America, N.A.

Mike W. Bartolacci
Email: mbartolacci@thompsoncoburn.com
Christopher M. Hohn, #62067
Email: chohn@thompsoncoburn.com
Kimberly M. Bousquet, #5245418
Email:  kbousquet@thompsoncoburn.com
Thompson Coburn, LLP
One US Bank Plaza, Suite 26
St. Louis, MO   63101
Attorney for Defendant National City Bank

Cicely I. Lubben
Email: clubben@stinson.com
Sandra J. Wunderlich, #33182
Email: swunderlich@stinson.com
Stinson Morrison Hecker, LLP 168 N. Meramec Ave., Suite 400
St. Louis, MO 63105
Attorneys for Defendant U.S. Bank, N.A.

Joseph L. Green
Email: jgreen@leritzlaw.com
Leritz, Plunkert & Bruning, P.C.
555 Washington Avenue, Suite 600
St. Louis, MO 63101
Attorney for Defendant Nekol Province

-4-

584 / 091167

Joseph P. Whyte
Email: jwhyte@whytelawfirm.com
The Whyte Law Firm
P.O. Box 440236
2025 South Brentwood Blvd.
Suite 102
St. Louis, MO   63144-0236
Attorneys for Defendant Comerica Bank & Trust, N.A

Noel A. Sevastianos
Email: Noel@NoelsLaw.com
Sevastianos & Associates, PC
120 South Central Avenue, Suite 130
St. Louis, Missouri   63105-1705
Attorney for Defendants Forever Enterprises, Inc., Forever Network, Inc., Forever Illinois, Inc., Texas Forever, Inc., Lincoln Memorial Services, Inc., National Heritage Enterprises, Inc., National Prearranged Services Agency, Inc., Legacy International Imports, Inc., and Brentwood Heritage Properties, L.L.C.

Jeffrey T. Demerath
Email: jdemerath@armstrongteasdale.com
Christopher R. LaRose #5220476
Email: clarose@armstrongteasdale.com
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, MO   63102-2740
Attorneys for Defendants Southwest Bank and Marshall & Ilsley Trust Company, N.A.

J. Christian Goeke
Email: jcgoeke@gabrielmail.com
Law Offices of J. Christian Goeke
7711 Bonhomme Avenue, Suite 850
Clayton, MO 63105
Attorney for Defendant Kelly Tate

Thomas Cummings
Email: tcummings@armstrongteasdale.com
Jonathan D. Valentino #538607
Email: jvalentino@armstrongteasdale.com
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, MO   63102-2740
Attorneys for Defendant Bremen Bank and Trust Company

Sanford Goffstein
Email: sgoffstein@grlawstl.com
Don R. Sherman #21491
Email: dsherman@grlawstl.com
Lori R. Koch #3584
Email: lkoch@grlawstl.com
Goffstein, Raskas, Pomerantz, Kraus & Sherman, LLC
7701 Clayton Road
St. Louis, Missouri 63117
Attorneys for Defendant Brown Smith Wallace, L.L.C.

David H. Luce
Email: dhl@carmodymacdonald.com
Meghan M. Lamping #5244015
Email: mml@carmodymacdonald.com
Carmody MacDonald P.C.
120 S. Central Ave., Suite 1800
St. Louis, MO 63105
Attorneys for Defendant Michael R. Butler

Deirdre C. Gallagher
Email: dgallagher@spencerfane.com
Spencer Fane Britt & Browne LLP
One North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Attorney for Defendant J. Tyler Cassity and Hollywood Forever, Inc.

David B. Cosgrove
Email: dcosgrove@cosgrovelawllc.com
Kurt J. Schafers #532109
Email: kschafers@cosgrovelawllc.com
Cosgrove Law, LLC
Magna Place
1401 S. Brentwood Blvd., #560
St. Louis, MO 63144
Attorneys for Defendant Anne Chrun

Adam Goffstein
Email: adam@goffsteinlaw.com
Adam M. Goffstein, LLC
7777 Bonhomme Avenue, Suite 1910
St. Louis, MO 63105
Attorney for Defendant Scannell

Steven M. Cohen
Email: scohen@bcbslaw.com
Michael J. Sewell, #513954
Email:  msewell@bcbslaw.com
Berger, Cohen & Brandt, L.C.
8000 Maryland Ave., Suite 1550
Clayton, Missouri 63105
Attorneys for Defendant Roxanne J. Schnieders (Sargent)

Bogdan Rentea
Email: brentea@rentealaw.com
Rentea & Associates
1002 Rio Grande
Austin, Texas 78701
Attorney for Defendants Tony B. Lumpkin, III and Lennie J. Cappleman

James W. George
Email: jwgeorge@texas.net
Law Offices of James W. George
901 South Mopac Expressway
Barton Oaks Plaza One, Suite 300
Austin, TX   78746
Attorney for Defendant Larry Keith Hale

Barry A. Short
Email: bshort@lewisrice.com
Evan Z. Reid, #93822
Email: ereid@lewisrice.com
Carine M. Doyle
Email:  cdoyle@lewisrice.com
Lewis, Rice & Fingersh, LC
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Attorneys for Defendant Brent Cassity

Richard E. Gottlieb
Email: rgottlieb@dykema.com
Renee L. Zipprich, pro hac vice
Email: rzipprich@dykema.com
10 South Wacker Drive, Suite 2300
Chicago, IL   60606
Attorneys for Defendant Comerica Bank & Trust, N.A.

Jay L. Kanzler Jr.
Email: jaykanzler @wkllc.com
Witzel Kanzler Kenney Dimmitt & Kanzler LLC
2001 S. Big Bend Boulevard
St. Louis, MO   63117
Attorneys for Defendant American Stock Transfer and Trust Company

Danielle E. deBenedictis
deBenedictis, Miller & Blum, P.A.
95 Commercial Wharf
Boston, MA   02110
Email: Ddeb95@aol.com
Attorney for Rhonda L. Cassity, Inc., a/k/a Wellstream, Inc.

Seema Chawla
Bryan Cave, LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO   64105
Email: seema.chawla@bryancave.com
Attorneys for Defendant Bank of America, N.A.

James M. Golden
10 South Wacker Drive, Suite 2300
Chicago, IL   60606
Email: jgolden@dykema.com
Attorney for Defendant Comerica Bank & Trust, N.A.

Darren S. Enenstein
Email: dse@enensteinslaw.com
Enenstein & Associates, APC
233 Wilshire Blvd., Suite 900
Santa Monica, CA   90401
Attorneys for Defendants Tyler Cassity and Hollywood Forever, Inc.

Joan M. Swartz
Law Office of Joan M. Swartz, LLC
Email: jms@jmsllc.com
15455 Conway Road, Suite 360
Chesterfield, MO   63017
Attorney for Defendant, Erin Province, a/k/a Erin Engle

Donald W. Holcomb
KNOLLE AND HOLCOMB
Email: dwh@khkclaw.com
7600 N. Capital of Texas Highway
Building B, Suite 110
Austin , TX 78731
Attorney for Wise, Mitchell and Associates, Ltd.

Michael Jessee Carlson
Williams & Connolly, LLP
Email: mcarlson@wc.com
725 Twelfth Street, N.W.
Washington, D.C.   20005
Attorney for Defendant National City Bank

Kerri K. Fields
Email:  kerrikfields@1stcounsel.com;
kerrikfieldslaw@msn.com
P. O. Box 1089
Bastrop, Texas 78602
Attorney for George Wise, III

     I hereby certify that on November **20TH**, 2010, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

Randall J. Singer
10833 Forest Circle Dr.
St. Louis, MO  63128
Pro se

James. M. Crawford
418 Pine Bend Drive
Chesterfield, MO   63005
Pro se

J. Douglas Cassity
P.O. Box 16220
St. Louis, MO   63105
Pro se

Bruce A. Lipshy
Lipshy, Stonecipher & Lemke LLP
700 Lavaca Street, Suite 405
Austin, TX 78701-3100
Attorney for Marianne Jones

/s/ **Maurice B. Graham**
Maurice B. Graham Bar Number: 3257
Attorney for Plaintiffs
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
(314) 241-5620
Fax: (314) 241-4140
Email: mgraham@grgpc.com

584 / 091167