UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA J. GARRETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:09CV01252 ERW |
| ) | |
| J. DOUGLAS CASSITY, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Joan M. Swartz's Request for Compensation of Services and Reimbursement for Out-of-Pocket Expenses [doc. #592]. In its Order of Appointment dated January 27, 2010 [doc. #343], the Court appointed Ms. Swartz to represent indigent Defendant Erin Province Engle in this matter, and in the present Motion, Ms. Swartz seeks $2,500.00 in attorneys' fees and reimbursement for $24.00 in out-of-pocket expenses.

Local Rule 83-12.03 provides that upon written motion, and in the Court's discretion, disbursements may be made from the Non-Appropriated Fund to reimburse a court-appointed attorney for reasonable expenses and attorney's fees incurred in a civil matter on behalf of an indigent client. An administrative order dated May 5, 2010 provides that the maximum compensation for attorneys' fees for any one appointment in a civil proceeding is $2,500.00, and it sets the maximum reimbursement for out-of-pocket expenses at $5,000.00.

In conjunction with her Motion, Ms. Swartz has submitted records documenting a total of 58.6 hours of out-of-court work at an hourly rate of $250.00, which would total $14,650.00. Finding Ms. Swartz's representation to have thus far been competent and professional, the Court concludes that she is entitled to recover the maximum allowable amount of $2,500.00 for

attorneys' fees.  Her request for reimbursement of $24.00 in out-of-pocket expenses, in this instance for parking, is also reasonable and will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Joan M. Swartz's Request for Compensation of Services and Reimbursement for Out-of-Pocket Expenses [doc. #592] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall disburse the sum of $2,524.00 from the Non-Appropriated Fund, payable to:

Joan M. Swartz
15455 Conway Rd.
Suite 360
Chesterfield, MO 63017

Dated this 14th Day of February, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE