UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA J. GARRETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:09CV01252 ERW |
| | ) |
| J. DOUGLAS CASSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs' Petition under Federal Rule of Criminal Procedure 6(e) to Obtain Third-Party Documents [doc. #698].

In their Motion, Plaintiffs seek an order requiring the United States to produce all documents generated independently of the grand jury by third parties and obtained by the United States through grand jury subpoenas in connection with the related criminal case, *United States v. Sutton*, Case No. 4:09CR00509 JCH (E.D. Mo.). The United States agrees that Plaintiffs' Motion should be granted, but it requests that the Court impose a protective order limiting the disclosure of the produced materials to parties, counsel, counsel's employees, consultants retained by counsel to assist in trial preparation, and potential witnesses. Given the lack of opposition to Plaintiffs' Motion and Plaintiffs' representations to the Court that they will share the produced materials with Defendants, the Court concludes that the Motion will be granted, and the requested protective order will be imposed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Petition under Federal Rule of Criminal Procedure 6(e) to Obtain Third-Party Documents [doc. #698] is **GRANTED**.

**IT IS FURTHER ORDERED** that the materials produced by the United States shall not be disclosed to any individuals or entities other than the parties to this case, their respective counsel and employees thereof, consultants retained by counsel to assist in trial preparation, and potential witnesses.

Dated this 22nd Day of June, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE