UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., et al._____Plaintiffs,_____v._____J. DOUGLAS CASSITY, et al.,_____Defendants. | )))))))))))) Case No. 4:09CV01252 ERW |

MEMORANDUM

As ordered by the Court *sua sponte*, ECF No. 797, the Court held a telephone status conference today, December 16, 2011, at 10:00 a.m., concerning the limited discovery that is permitted under the Court's stay of "under oath" discovery. *See* ECF No. 738. The purpose of this hearing was for the Court to gain an understanding of the current status and progress of discovery in this case. The Court heard from counsel for numerous parties who described the discovery that has been completed, as well the discovery that remains ongoing, incomplete, or prohibited under the Court's stay. The Court also heard counsels' assessments of the stay's effect on the discovery process. Finally, the Court solicited suggestions and ideas on ways to improve and to facilitate the completion of discovery.

While raising or addressing all matters concerning discovery during today's telephone conference was not a fully adequate means of presenting all discovery issues to the Court or to opposing parties, the Court invited counsel to offer suggestions by written motion for consideration of any matter that might enhance the discovery process. In addition, in the interest of ensuring that all parties have the opportunity to access and to benefit from today's conference,

the Court will distribute the official transcript of today's status conference to each party's counsel of record when the official transcript becomes available.

Dated this 16th day of December, 2011.

                                                                              *[signature]*
                                                                E. RICHARD WEBBER
                                                                SENIOR UNITED STATES DISTRICT JUDGE