IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC., ET AL., ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 4:09CV01252 ERW |
| v. ) ) | |
| J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION BY DEFENDANTS HOWARD A. WITTNER AND WITTNER, SPEWAK & MAYLACK, P.C.**

Plaintiffs respectfully move this Court to compel the production of all documents and electronically stored information by Defendants Howard A. Wittner and Wittner, Spewak & Maylack, P.C. ("Defendants") identified in their joint initial disclosure statement, as required by both Local Rule 26-3.01(A) and this Court's Interim Case Management Order.

1. Under Local Rule 26, "[d]isclosure of documents and electronically stored information pursuant to Rule 26(a)(1)(A)(ii) shall be made by providing a copy to all other parties, except as otherwise ordered by the Court." E.D. Mo. Local Rule 26-3.01(A).

2. The Court's Interim Case Management Order, issued June 27, 2011, required all parties to "serve initial disclosures and produce all documents as required by Fed. R. Civ. P. 26(a)(1) and E.D. Mo. Local Rule 26-3.01" on or before August 22, 2011. [Doc. 734.]

3. On August 22, 2011, Defendants provided Plaintiffs with their disclosures pursuant to Fed. R. Civ. P. 26(a)(1). (Ex. A-1 to Fisher Declaration, attached as Ex. A.)

4. Defendants' disclosures listed the following as "documents and tangible things in Defendants' custody or control that may be used to support its [sic] claims": (1) correspondence and e-mails to and from various individuals concerning the numerous allegations contained in the Complaint; (2) documents pertaining to PLICA, including documents relating to amounts PLICA paid to outside counsel and to outside venders and documents pertaining to the purchase of PLICA; (3) First National Bank bank statements; and (4) RBT Trust tax returns. (Ex. A-1, at 2.) Defendants' disclosures also identified an insurance policy with Travelers Insurance Company that may apply to this case. *Id.*

5. Defendants did not produce copies of any documents or electronically stored information listed in their initial disclosures to Plaintiffs, as required by Local Rule 26-3.01(A) and the Interim Case Management Order.

6. Plaintiffs have made a good-faith attempt to resolve this dispute without Court intervention. (*See* Fed. R. Civ. P. 37(a)(1); E.D. Mo. Local Rule 37-3.04(A)). On October 21, 2011, and December 13, 2011, counsel for Plaintiffs sent correspondence to counsel for Defendants, requesting that Defendants produce copies of the documents and electronically stored information identified in Defendants' initial disclosures. (Exs. A-2, A-3). Counsel for Plaintiffs and counsel for Defendants conferred by telephone on December 15, 2011. During that call, counsel for Defendants, Mr. Todd Lubben, was unable to confirm that documents

would be forthcoming. Mr. Lubben stated that he would try to collect the documents for production, but he made no further contact with Plaintiffs' counsel until Plaintiffs' counsel provided notice of this impending motion. Mr. Lubben has recently indicated to Plaintiffs' counsel that he has collected "some documents" from his clients, but has not obtained his clients' approval to produce them.

7. Counsel for Defendants has also informed counsel for Plaintiffs that the federal Government in the related criminal action has copies of the documents on which Defendants will rely. Defendants suggest this relieves them of their obligation to produce their initial disclosure documents in this case because Plaintiffs have access to the Government's documents.

8. Defendants cannot satisfy their disclosure obligations, however, by contending that the documents are otherwise accessible to Plaintiffs. *See St. Paul Reinsur. Co. v. Commercial Fin. Corp.*, 198 F.R.D. 508, 514 (N.D. Iowa 2000) (holding, in response to objection that documents were available in propounding party's records, "[C]ourts have unambiguously stated that this exact objection is insufficient to resist a discovery request."); *Jackson v. W. Va. Univ. Hosps., Inc.*, No. 1:10CV107, 2011 WL 1831591, at * 2-4 (N.D. W. Va. May 12, 2011) (compelling production of initial disclosure documents and collecting cases establishing that the availability of documents through alternative sources is not a basis to avoid production). Under Local Rule 26-3.01(A) and the Interim Case Management Order, Defendants must produce copies of their initial disclosure documents in addition to simply identifying them. Indeed, Rule 26(a)(1) contemplates that parties be able to obtain copies of documents described in initial disclosures by informal request. Fed. R. Civ. P. 26(a)(1)(B) advisory committee's note (1993). Furthermore, a vague reference to a voluminous set of documents within the

Government's possession and requiring Plaintiffs to guess as to which documents Defendants plan to rely on does not fulfill Defendants' Rule 26(a)(1) disclosure obligations.

9.  Counsel for Plaintiffs informed the Court and counsel for Defendants at the status conference on December 16, 2011, that a motion to compel these documents was forthcoming. (Ex. A-4, Hearing Transcript, 12/16/2011, at 9-10.)

10. Accordingly, Plaintiffs seek to compel production of all of the documents and electronically stored information listed in Defendants' initial disclosure statement, as well as the Travelers Insurance Company policy.

WHEREFORE, Plaintiffs respectfully request that the Court issue an order under Fed. R. Civ. Pro. 37(a)(1) requiring Defendants Howard A. Wittner and Wittner, Spewak & Maylack, P.C. to produce to Plaintiffs copies of all of the documents and electronically stored information listed in their Rule 26(a)(1) initial disclosure statement, as well as the Travelers Insurance Company policy, pursuant to the Interim Case Management Order and Local Rule 26.301(A). Plaintiffs also ask the Court for reasonable expenses incurred in making this motion, including reasonable attorney's fees. *See* Fed. R. Civ. P. 37(a)(5)(A); *Dykes v. Mitchell,* No. 4:07-CV-733 CAS, 2008 WL 544983, at *1-2 (E.D. Mo. Feb. 26, 2008) (award of fees and expenses incurred in connection with motion to compel is appropriate where a party fails to timely produce initial disclosures without justification). The requested format for production of documents is set forth in the Stipulation of the Parties on Production of Hard Copy Documents and Electronically Stored Information. [Doc. 733.]

Dated this 12th day of January, 2012.

                           Respectfully submitted,

                           *s/ Wendy B. Fisher*
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice*)
Farrell A. Carfield (Admitted *Pro Hac Vice)*
Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100

Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association.

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2012, the foregoing PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION BY DEFENDANTS HOWARD A. WITTNER AND WITTNER, SPEWAK & MAYLACK, P.C. was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Adam Goffstein
Email: adam@goffsteinlaw.com
Adam M. Goffstein, LLC
7777 Bonhomme Avenue, Suite 1910
St. Louis, MO 63105
*Attorney for Defendant Katherine Scannell*

Barry A. Short
Email: bshort@lewisrice.com
Evan Z. Reid
Email: ereid@lewisrice.com
Carine M. Doyle
Email: cdoyle@lewisrice.com
Lewis, Rice & Fingersh, LC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
*Attorneys for Defendant Brent Cassity*

Bogdan Rentea
Email: brentea@rentealaw.com
Rentea & Associates
1002 Rio Grande
Austin, TX 78701
*Attorney for Defendant Lennie J. Cappleman*

Bruce A. Lipshy
Email: blipshy@lipshylaw.com
Lipshy, Stonecipher & Lemke LLP
700 Lavaca Street, Suite 405
Austin, TX 78701-3100
*Attorney for Marianne Jones*

Burton H. Shostak
Email: bshostak@shostaklawfirm.com
Shostak & Shostak, LLC
The Berkley Building
8015 Forsyth Boulevard
St. Louis, MO 63105
*Attorney for Defendant Randall K. Sutton*

Jeffrey T. Demerath
Email: jdemerath@armstrongteasdale.com
Christopher R. LaRose
Email: clarose@armstrongteasdale.com
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105-1847
*Attorneys for Defendants Southwest Bank and Marshall & Ilsley Trust Company, N.A.*

Mike W. Bartolacci
Email: mbartolacci@thompsoncoburn.com
Christopher M. Hohn
Email: chohn@thompsoncoburn.com
Kimberly M. Bousquet
Email: kbousquet@thompsoncoburn.com
Thompson Coburn, LLP
One US Bank Plaza, Suite 26
St. Louis, MO 63101
*Attorneys for Defendant National City Bank*

Sandra J. Wunderlich
Email: swunderlich@stinson.com
Stinson Morrison Hecker, LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105-1821
*Attorneys for Defendant U.S. Bank, N.A.*

6

Danielle E. deBenedictis
Email: Ddeb95@aol.com
deBenedictis, Miller & Blum, P.A.
95 Commercial Wharf
Boston, MA  02110
*Attorney for Rhonda L. Cassity, Inc., a/k/a Wellstream, Inc.*

Darren S. Enenstein
Email:  dse@enensteinlaw.com
David Z. Ribakoff
Email: dribakoff@enensteinlaw.com
Robert A. Rabbat
Email: rrabbat@enensteinlaw.com
Enenstein & Ribakoff, APC
233 Wilshire Blvd., Suite 900
Santa Monica, CA  90401
*Attorneys for Defendants Tyler Cassity and Hollywood Forever, Inc.*

David B. Cosgrove
Email: dcosgrove@cosgrovelawllc.com
Kurt J. Schafers
Email: kschafers@cosgrovelawllc.com
Cosgrove Law, LLC
Magna Place
1401 S. Brentwood Blvd., #560
St. Louis, MO  63144
*Attorneys for Defendant Anne Chrun*

David H. Luce
Email: dhl@carmodymacdonald.com
Meghan M. Lamping
Email:  mml@carmodymacdonald.com
Carmody MacDonald P.C.
120 S. Central Ave., Suite 1800
St. Louis, MO  63105
*Attorneys for Defendant Michael R. Butler*

E. Calvin Matthews, IV
Email: ecm@gpslegal.com
Jim J. Shoemake
Email: jjs@gpslegal.com
Deborah J. Westling
Email: djw@gpslegal.com
Eric M. Walter
Email: emw@gpslegal.com
Guilfoil Petzall & Shoemake, L.L.C.
100 South Fourth Street, Suite 500
St. Louis, MO  63102-1821
*Attorneys for Defendant Randall K. Sutton*

Deirdre C. Gallagher
Email: dgallagher@foleymansfield.com
Foley & Mansfield PLLP
1001 Highlands Plaza Drive West, Suite 400
St. Louis, MO 63110
*Attorney for Defendant J. Tyler Cassity and Hollywood Forever, Inc.*

Gary E. Snodgrass
E-mail: snodgrass@pspclaw.com
Steven J. Hughes
E-mail: hughes@pspclaw.com
Jaime N. Ott
E-mail:  ott@pspclaw.com
Pitzer Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102
*Attorneys for Defendant Brown Smith Wallace, L.L.C.*

Donald W. Holcomb
Email: dwh@khkclaw.com
Knolle and Holcomb
7600 N. Capital of Texas Highway
Building B, Suite 110
Austin, TX  78731
*Attorney for Wise, Mitchell and Associates*

Firmin A. Puricelli  
Email: firminap@gmail.com  
Law Offices of Firmin A. Puricelli  
120 South Central Ave., Ste. 130  
St. Louis, MO  63105-1705  
*Attorney for Defendants Forever Enterprises, Inc., Forever Network, Inc., Forever Illinois, Inc., Texas Forever, Inc., Lincoln Memorial Services, Inc., National Heritage Enterprises, Inc., National Prearranged Services Agency, Inc., Legacy International Imports, Inc., and Brentwood Heritage Properties, L.L.C*

James M. Golden  
Email:  jgolden@dykema.com  
Richard E. Gottlieb  
Email: rgottlieb@dykema.com  
Renee L. Zipprich, *pro hac vice*  
Email: rzipprich@dykema.com  
Jeffrey E. Jamison  
Email: jjamison@dykema.com  
Dykema Gossett PLLC  
10 South Wacker Drive, Suite 2300  
Chicago, IL  60606  
*Attorneys for Defendant Comerica Bank & Trust, N.A.*

Joseph P. Whyte  
Email: jwhyte@whytelawfirm.com  
The Whyte Law Firm  
P.O. Box 440236  
2025 South Brentwood Blvd., Suite 102  
St. Louis, MO  63144-0236  
*Attorney for Defendant Comerica Bank & Trust, N.A*

Jay L. Kanzler Jr.  
Email:  jaykanzler @wkllc.com  
Witzel Kanzler Kenney Dimmitt & Kanzler LLC  
2001 S. Big Bend Boulevard  
St. Louis, MO  63117  
*Attorney for Defendant American Stock Transfer and Trust Company*

Thomas Cummings  
Email: tcummings@armstrongteasdale.com  
Jonathan D. Valentino  
Email: jvalentino@armstrongteasdale.com  
Armstrong Teasdale LLP  
One Metropolitan Square, Suite 2600  
St. Louis, MO  63102-2740  
*Attorneys for Defendant Bremen Bank and Trust Company*

Jonathan F. Andres  
Email: andres@stlouislaw.com  
Green Jacobson, P.C.  
7733 Forsyth Boulevard, Suite 700  
Clayton, MO  63105  
*Attorneys for Defendants Wulf and Wulf, Bates & Murphy, Inc.*

Joseph L. Green  
Email: joe@josephgreenlaw.com  
The Law Firm of Joseph Green  
#1 McBride and Sons Center Dr., Ste. 225A  
Chesterfield, MO 63005  
*Attorney for Defendant Nekol Province*

Kerri K. Fields
Email: kerrikfields@1stcounsel.com
          kerrikfieldslaw@msn.com
P. O. Box 1089
Bastrop, TX  78602
*Attorney for George Wise, III*

Michael Jesse Carlson
 Email:  mcarlson@wc.com
Paul M. Wolff
Email:  pwolff@wc.com
Grace L. Hill
Email:  ghill@wc.com
J. Andrew Keyes
Email:  akeyes@wc.com
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
*Attorney for Defendant National City Bank*

John Mark Hongs
Email:  jhongs@hinshawlaw.com
Hinshaw & Culbertson LLP
Gateway One
701 Market Street, Suite 1300
St. Louis, MO   63101-1843
*Attorney for Defendant Comerica Bank & Trust, N.A.*

Steven A. Muchnick
Email: steven.muchnick@usdoj.gov
Office of U.S. Attorney
111 S. Tenth Street, 20th Floor
St. Louis, MO 63102

Perry Brandt
Email: perry.brandt@bryancave.com
Jeffrey A. Ziesman
Email: jeff.ziesman@bryancave.com
Bryan Cave, LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO  64105
*Attorney for Defendant Bank of America, N.A.*

Steven H. Schwartz
Email: sschwartz@bjpc.com
Todd A. Lubben
Email: tlubben@bjpc.com
Brown & James, P.C.
1010 Market Street, 20th  floor
St. Louis, MO  63101
*Attorney for Defendants Howard A. Wittner, individually and as Trustee of the RBT Trust II and Wittner, Spewak & Maylack, P.C.*

Steven M. Cohen
Email: scohen@bcbslaw.com
Berger, Cohen & Brandt, L.C.
8000 Maryland Ave., Suite 1550
Clayton, MO  63105
*Attorneys for Defendant Roxanne J. Schnieders (Sargent)*

I hereby certify that on January 12, 2012, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

    Randall J. Singer
    10833 Forest Circle Dr.
    St. Louis, MO  63128
    *Pro se*

    James. M. Crawford
    418 Pine Bend Drive
    Chesterfield, MO  63005
    *Pro se*

    J. Douglas Cassity
    P.O. Box 16220
    St. Louis, MO  63105
    *Pro se*

    Tony B. Lumpkin, III
    6508 Cuesta Trail
    Austin, TX  78730
    *Pro se*

    *s/ Wendy B. Fisher*
    Wendy B. Fisher
    (Admitted *Pro Hac Vice)*

    Attorney for Plaintiffs