IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC.; ET AL., <br><br> Plaintiffs, <br> v. <br><br> J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., <br><br> Defendants. | Case No. 09-CV-1252-ERW |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF COMPLAINT AGAINST DEFENDANT WISE MITCHELL AND ASSOCIATES**

Plaintiffs and Defendant Wise Mitchell and Associates, Ltd., under Fed. R. Civ. P. 41(a)(2), request an Order of the Court approving dismissal *without prejudice* of Plaintiffs' claims against Defendant Wise Mitchell and Associates, Ltd., as contained in Plaintiffs' Third Amended Complaint. Defendant Wise Mitchell and Associates, Ltd. has not pleaded a counterclaim or filed a motion for summary judgment. Defendant Wise Mitchell and Associates, Ltd. and Plaintiffs' counsel agree to this dismissal without prejudice. Plaintiffs' dismissal without prejudice against Defendant Wise Mitchell and Associates, Ltd. shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants. Plaintiffs and Defendant Wise Mitchell and Associates, Ltd. stipulate and agree to this dismissal without prejudice.

964355

## DEFENDANT WISE MITCHELL AND ASSOCIATES, LTD.'S
## CONSENT TO DISMISSAL WITHOUT PREJUDICE

Defendant Wise Mitchell and Associates, Ltd. consents to, and requests the Court to enter the attached order, granting this stipulated dismissal without prejudice.

_____
Defendant Wise Mitchell and Associates, Ltd.

By Clifton Mitchell, sole member of Dawa Management, LLC, the general partner of Wise Mitchell and Associates, Ltd.

*Approved by:*

_____
Matthew M. Mandelker
Texas Attorney Number: 24045342
The Mandelker Law Firm
805 W. 10th
Austin, TX 78701
512-222-8837

*Attorney for Defendant Wise Mitchell and Associates, Ltd.*

2

964355

Dated this 12th day of September, 2012.

                      Respectfully submitted,

                        *s/ Wendy B. Fisher*
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice*)
Farrell A. Carfield (Admitted *Pro Hac Vice)*
Mark Premo-Hopkins (Admitted *Pro Hac Vice)*
Lauren G. Jaeckel (Admitted *Pro Hac Vice)*
Sean Connelly (Admitted *Pro Hac Vice)*

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100

Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

964355

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012, the foregoing STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AGAINST DEFENDANT WISE MITCHELL AND ASSOCIATES, LTD. was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on September 12, 2012, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

Randall J. Singer
10833 Forest Circle Dr.
St. Louis, MO  63128
*Pro se*

James M. Crawford
418 Pine Bend Drive
Chesterfield, MO  63005
*Pro se*

Clif Mitchell
Wise, Mitchell & Associates, Ltd.
1300 Guadalupe Street, Suite 200
Austin, TX 78701
*Pro se*

J. Douglas Cassity
P.O. Box 16220
St. Louis, MO  63105
*Pro se*

Tony B. Lumpkin, III
6508 Cuesta Trail
Austin, TX  78730
*Pro se*

Nekol Province
1525 Greenfield Crossing
Ballwin, MO 63021
*Pro se*

_____*s/ Wendy B. Fisher*_____
Wendy B. Fisher
(Admitted *Pro Hac Vice*)

Attorney for Plaintiffs

964355