UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JO ANN HOWARD & ASSOCIATES, P.C., *et al.*, | ) |  |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | Case No. 4:09CV01252 ERW |
| J. DOUGLAS CASSITY, *et al.*, | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on "Defendant Rhonda L. Cassity, Inc. a/k/a Wellstream, Inc. f/k/a R. L. Cassity, Inc. and Trans-American Facilities, Inc.'s Notice of Withdrawal of Counsel" [ECF No. 1394]. Counsel moves to withdraw as attorney in this matter, claiming her client has communicated, through another attorney, a request that she withdraw, and a lack of communication with her client has made representation impossible. The Court will hold the motion in abeyance, pending receipt of notice of entry by alternate counsel, or until counsel provides verification of a valid address for notice to be mailed to Defendant Rhonda L. Cassity, Inc.

Accordingly,

**IT IS HEREBY ORDERED** that "Defendant Rhonda L. Cassity, Inc. a/k/a Wellstream, Inc. f/k/a R. L. Cassity, Inc. and Trans-American Facilities, Inc.'s Notice of Withdrawal of Counsel" [ECF No. 1394] is **HELD in ABEYANCE**, pending receipt of notice of entry by alternate counsel, or until counsel provides verification of a valid address for notice to be mailed

to Defendant Rhonda L. Cassity, Inc.

Dated this  7th   day of February, 2014.

*signature*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE