## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., ) <br> SPECIAL DEPUTY RECEIVER OF LINCOLN ) <br> MEMORIAL LIFE INSURANCE COMPANY, ) <br> MEMORIAL SERVICE LIFE INSURANCE ) <br> COMPANY, AND NATIONAL ) <br> PREARRANGED SERVICES, INC.; ET AL., ) <br> ) <br>         Plaintiffs, ) <br> v. ) <br> ) <br> J. DOUGLAS CASSITY; RANDALL K. ) <br> SUTTON; BRENT D. CASSITY; J. TYLER ) <br> CASSITY; RHONDA L. CASSITY; ET AL., ) <br> ) <br>         Defendants. ) | Case No. 09-CV-1252-ERW |

## STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE
## OF COMPLAINT AGAINST DEFENDANT ROXANNE SCHNIEDERS

Plaintiffs and Defendant Roxanne Schnieders, under Fed. R. Civ. P. 41(a)(2), request an Order of the Court approving dismissal with prejudice of Plaintiffs' claims against Defendant Roxanne Schnieders, as contained in Plaintiffs' Third Amended Complaint. Defendant Schnieders has not pleaded a counterclaim or filed a motion for summary judgment. Defendant Schnieders and Plaintiffs' counsel agree to this dismissal with prejudice on the conditions set forth below:

1.     Defendant Schnieders shall voluntarily appear at depositions, hearings, and trial in above-captioned case. Specifically, Defendant Schnieders shall:

       a.     accept service by mail or electronic transmission of notices or subpoenas issued by Plaintiffs for testimony at depositions, hearings, or trials;

       b.     with respect to such notices and subpoenas, waive the territorial limits on service contained in Rule 45 of the Federal Rules of Civil Procedure and

any applicable local rules, provided Plaintiffs reimburse Defendant Schnieders for travel and lodging at a reasonable rate; and

c.      consent to personal jurisdiction in any United States District Court for purposes of enforcing any such subpoena.

2.      Plaintiffs' dismissal with prejudice against Defendant Schnieders shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

3.      Plaintiffs and Defendant Schnieders stipulate and agree to this dismissal with prejudice.

**DEFENDANT ROXANNE SCHNIEDERS' (N/K/A ROXANNE SARGENT)
CONSENT TO DISMISSAL WITH PREJUDICE**

Defendant Schnieders consents to, and requests the Court to enter an order, granting this stipulated dismissal with prejudice.

Defendant Roxanne Schnieders
n/k/a Roxanne Sargent

Steven M. Cohen
Email:  scohen@bcbslaw.com
Berger, Cohen & Brandt, L.C.
8000 Maryland Ave., Suite 1550
Clayton, Missouri 63105

*Attorney for Defendant Roxanne Schnieders
(n/k/a Roxanne Sargent)*

2

1702184

Dated this 12th day of February, 2014.

Respectfully submitted,


_____*s/ Wendy B. Fisher*_____
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice*)
Farrell A. Carfield (Admitted *Pro Hac Vice)*
Lauren G. Jaeckel (Admitted *Pro Hac Vice)*
Sean Connelly (Admitted *Pro Hac Vice)*
Michael P. Robertson (Admitted *Pro Hac Vice)*
Michael T. Kotlarczyk (Admitted *Pro Hac Vice)*

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100


Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates,
P.C., in its capacity as Special Deputy Receiver of Lincoln
Memorial Life Insurance Company, Memorial Service Life
Insurance Company, and National Prearranged Services,
Inc.; the National Organization of Life and Health
Insurance Guaranty Associations; the Missouri Life &
Health Insurance Guaranty Association; the Texas Life &
Health Insurance Guaranty Association; the Illinois Life &
Health Insurance Guaranty Association; the Kansas Life &
Health Insurance Guaranty Association; Oklahoma Life &
Health Insurance Guaranty Association; the Kentucky Life
& Health Insurance Guaranty Association; and the
Arkansas Life & Health Insurance Guaranty Association

3

1702184

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, the foregoing **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST DEFENDANT ROXANNE SCHNIEDERS** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on February 12, 2014, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

Randall J. Singer
10833 Forest Circle Dr.
St. Louis, MO  63128
*Pro se*

James M. Crawford
418 Pine Bend Drive
Chesterfield, MO  63005
*Pro se*

Brent Douglas Cassity, *Pro se*
Register # 38224-044
USP Leavenworth
U.S. Penitentiary Satellite Camp
P.O. Box 1000
Leavenworth, KS 66048

Sharon Nekol Province, *Pro se*
Register # 36759-044
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth,  TX 76127

Randall K. Sutton
1566 Treherne Ct.
Chesterfield, MO  63017
*Pro se*

Tony B. Lumpkin, III
2125 Amur Drive
Austin, TX  78745-2085
*Pro se*

David R. Wulf, *Pro se*
Register # 38227-044
FCI Terre Haute
Federal Correctional Institution
Satellite Camp
P.O. Box 33
Terre Haute, IN 47808

James Douglas Cassity, *Pro se*
Register # 02005-045
USP Marion
U.S. Penitentiary
Satellite Camp
P.O. Box 1000
Marion, IL 62959

Randall K. Sutton, *Pro Se*
Register Number 36549-044
FCI Terre Haute
Federal Correctional Institution
Satellite Camp
P.O. Box 33
Terre Haute, IN 47808

_____s/ Wendy B. Fisher_____
Wendy B. Fisher
(Admitted *Pro Hac Vice*)
Attorney for Plaintiffs

1702184