**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., | ) | |
| SPECIAL DEPUTY RECEIVER OF LINCOLN | ) | |
| MEMORIAL LIFE INSURANCE COMPANY, | ) | |
| MEMORIAL SERVICE LIFE INSURANCE | ) | |
| COMPANY, AND NATIONAL | ) | |
| PREARRANGED SERVICES, INC.; ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 09-CV-1252-ERW |
| v. | ) | |
| | ) | |
| J. DOUGLAS CASSITY; RANDALL K. | ) | |
| SUTTON; BRENT D. CASSITY; J. TYLER | ) | |
| CASSITY; RHONDA L. CASSITY; ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF COMPLAINT AGAINST DEFENDANT MICHAEL R. BUTLER**

Plaintiffs and Defendant Michael R. Butler, under Fed. R. Civ. P. 41(a)(2), request an

Order of the Court approving dismissal *without* prejudice of Plaintiffs' claims against Defendant

Michael R. Butler, as contained in Plaintiffs' Third Amended Complaint. Defendant Butler has

not pleaded a counterclaim or filed a motion for summary judgment. Defendant Butler and

Plaintiffs' counsel agree to this dismissal *without* prejudice on the conditions set forth below:

1.      Defendant Butler shall voluntarily appear at depositions, hearings, and trial in

above-captioned case. Specifically, Defendant Butler shall:

a.      accept service by mail or electronic transmission of notices or subpoenas
        issued by Plaintiffs for testimony at depositions, hearings, or trials;

b.      with respect to such notices and subpoenas, waive the territorial limits on
        service contained in Rule 45 of the Federal Rules of Civil Procedure and
        any applicable local rules, provided Plaintiffs reimburse Defendant Butler
        for travel and lodging at a reasonable rate; and

    c.     consent to personal jurisdiction in any United States District Court for purposes of enforcing any such subpoena.

2.    Plaintiffs' dismissal *without* prejudice against Defendant Butler shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

3.    Plaintiffs and Defendant Butler stipulate and agree to this dismissal *without* prejudice.

## DEFENDANT MICHAEL R. BUTLER'S
## CONSENT TO DISMISSAL *WITHOUT* PREJUDICE

Defendant Butler consents to, and requests the Court to enter an order, granting this stipulated dismissal *without* prejudice.

Defendant Michael R. Butler

David Luce
Email: dhl@carmodymacdonald.com
Carmody MacDonald P.C.
120 S. Central Ave., Suite 1800
St. Louis, Missouri 63105
*Attorney for Defendant Michael R. Butler*

2

1702184

        c.      consent to personal jurisdiction in any United States District Court for purposes of enforcing any such subpoena.

2.      Plaintiffs' dismissal *without* prejudice against Defendant Butler shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

3.      Plaintiffs and Defendant Butler stipulate and agree to this dismissal *without* prejudice.

**DEFENDANT MICHAEL R. BUTLER'S**
**CONSENT TO DISMISSAL *WITHOUT* PREJUDICE**

Defendant Butler consents to, and requests the Court to enter an order, granting this stipulated dismissal *without* prejudice.

_____             *s/ David Luce*_____

Defendant Michael R. Butler           David Luce
                                        Email: dhl@carmodymacdonald.com
                                        Carmody MacDonald P.C.
                                        120 S. Central Ave., Suite 1800
                                        St. Louis, Missouri 63105
                                        *Attorney for Defendant Michael R. Butler*

2

1702184

Dated this 26th day of February, 2014.

Respectfully submitted,

_____*s/ Wendy B. Fisher*_____

Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice*)
Farrell A. Carfield (Admitted *Pro Hac Vice*)
Lauren G. Jaeckel (Admitted *Pro Hac Vice*)
Sean Connelly (Admitted *Pro Hac Vice*)
Michael P. Robertson (Admitted *Pro Hac Vice*)
Michael T. Kotlarczyk (Admitted *Pro Hac Vice*)

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100

Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates,
P.C., in its capacity as Special Deputy Receiver of Lincoln
Memorial Life Insurance Company, Memorial Service Life
Insurance Company, and National Prearranged Services,
Inc.; the National Organization of Life and Health
Insurance Guaranty Associations; the Missouri Life &
Health Insurance Guaranty Association; the Texas Life &
Health Insurance Guaranty Association; the Illinois Life &
Health Insurance Guaranty Association; the Kansas Life &
Health Insurance Guaranty Association; Oklahoma Life &
Health Insurance Guaranty Association; the Kentucky Life
& Health Insurance Guaranty Association; and the
Arkansas Life & Health Insurance Guaranty Association

3

1702184

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2014, the foregoing **STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AGAINST DEFENDANT MICHAEL R. BUTLER** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on February 26, 2014, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

Randall J. Singer
10833 Forest Circle Dr.
St. Louis, MO  63128
*Pro se*

James M. Crawford
418 Pine Bend Drive
Chesterfield, MO  63005
*Pro se*

Brent Douglas Cassity, *Pro se*
Register # 38224-044
USP Leavenworth
U.S. Penitentiary Satellite Camp
P.O. Box 1000
Leavenworth, KS 66048

Sharon Nekol Province, *Pro se*
Register # 36759-044
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth,  TX 76127

Tony B. Lumpkin, III
2125 Amur Drive
Austin, TX  78745-2085
*Pro se*

David R. Wulf, *Pro se*
Register # 38227-044
FCI Terre Haute
Federal Correctional Institution
Satellite Camp
P.O. Box 33
Terre Haute, IN 47808

James Douglas Cassity, *Pro se*
Register # 02005-045
USP Marion
U.S. Penitentiary
Satellite Camp
P.O. Box 1000
Marion, IL 62959

Randall K. Sutton, *Pro Se*
Register Number 36549-044
FCI Terre Haute
Federal Correctional Institution
Satellite Camp
P.O. Box 33
Terre Haute, IN 47808

_____*s/ Wendy B. Fisher*_____
Wendy B. Fisher
(Admitted *Pro Hac Vice*)
Attorney for Plaintiffs

1702184