IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., <br><br> Defendants. | Case No. 09-CV-1252-ERW |

## PLAINTIFFS' NOTICE OF CORRECTED CERTIFICATE OF SERVICE

1.  On March 11, 2014, Plaintiffs filed a Stipulated Voluntary Dismissal with Prejudice of Complaint Against Defendants Howard Wittner, Individually, as Former Trustee of the RBT Trust II, Trustee for PLICA Equity Trust, and Wittner, Spewak & Maylack, P.C. [Doc. 1446].

2.  The Certificate of Service should also have reflected service via U.S. Mail upon Defendant J. Douglas Cassity as follows:

> James Douglas Cassity, *Pro se*
> Register # 02005-045
> USP Marion
> U.S. Penitentiary
> Satellite Camp
> P.O. Box 1000
> Marion, IL 62959

1784751

Dated this 11th day of March, 2014.

Respectfully submitted,


    *s/ Wendy B. Fisher*
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice*)
Farrell A. Carfield (Admitted *Pro Hac Vice)*
Lauren G. Jaeckel (Admitted *Pro Hac Vice)*
Sean Connelly (Admitted *Pro Hac Vice)*
Michael P. Robertson (Admitted *Pro Hac Vice)*
Michael T. Kotlarczyk (Admitted *Pro Hac Vice)*

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100


Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2014, the foregoing **PLAINTIFFS' NOTICE OF CORRECTED CERTIFICATE OF SERVICE** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on March 11, 2014, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

| | |
|---|---|
| Randall J. Singer<br>10833 Forest Circle Dr.<br>St. Louis, MO  63128<br>*Pro se* | Tony B. Lumpkin, III<br>2125 Amur Drive<br>Austin, TX  78745-2085<br>*Pro se* |
| James M. Crawford<br>418 Pine Bend Drive<br>Chesterfield, MO  63005<br>*Pro se* | David R. Wulf, *Pro se*<br>Register # 38227-044<br>FCI Terre Haute<br>Federal Correctional Institution<br>Satellite Camp<br>P.O. Box 33<br>Terre Haute, IN 47808 |
| Brent Douglas Cassity, *Pro se*<br>Register # 38224-044<br>USP Leavenworth<br>U.S. Penitentiary Satellite Camp<br>P.O. Box 1000<br>Leavenworth, KS 66048 | James Douglas Cassity, *Pro se*<br>Register # 02005-045<br>USP Marion<br>U.S. Penitentiary<br>Satellite Camp<br>P.O. Box 1000<br>Marion, IL 62959 |
| Sharon Nekol Province, *Pro se*<br>Register # 36759-044<br>FMC Carswell<br>Federal Medical Center<br>P.O. Box 27137<br>Fort Worth,  TX 76127 | Randall K. Sutton, *Pro Se*<br>Register Number 36549-044<br>FCI Terre Haute<br>Federal Correctional Institution<br>Satellite Camp<br>P.O. Box 33<br>Terre Haute, IN 47808 |

          *s/ Wendy B. Fisher*
          Wendy B. Fisher
          (Admitted *Pro Hac Vice)*
          Attorney for Plaintiffs