UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JO ANN HOWARD & ASSOCIATES, P.C., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:09CV01252 ERW |
| J. DOUGLAS CASSITY, *et al.,* | ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the court upon a request presented by pro se Defendant Sharon Nekol Province in a letter to the Court [ECF No. 1435].

In her communication, Defendant Province asks the Court to set aside, until she is no longer incarcerated, its February 7, 2014 Order granting Plaintiffs leave to depose her [ECF No. 1396]. She asserts that she is incarcerated at a hospital facility, and that her physical condition necessitates that the deposition be delayed until she is discharged to her home. Defendant Province also requests that all future case documents be sent to her permanent residential address, instead of being directed to her at her place of incarceration.

The Court has considered Defendant Province's letter requesting informal relief. The Court denies her request to set aside its Order granting Plaintiffs leave to depose her, until she is released from prison. Her request that mail no longer be sent to her at her prison address is denied.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Sharon Nekol Province's informal request to set aside the Court's February 7, 2014 Order granting Plaintiffs leave to depose her [ECF No. 1435] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Province's informal request that mail no longer be sent to her at her prison address is **DENIED.**

Dated this   12th   day of March, 2014.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE