UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JO ANN HOWARD & ASSOCIATES, P.C., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:09CV01252 ERW |
| J. DOUGLAS CASSITY, *et al.,* | ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the court upon Plaintiffs' and Defendant American Stock Transfer Company's ("American Stock Transfer") request for a teleconference to discuss scheduling American Stock Transfer's Rule 30(b)(6) deposition.

On May 19 and 20, 2014, the Court conducted the requested teleconference, with the parties participating through counsel: Dru Nielsen (appearing on behalf of plaintiffs), and Gerard Schiano-Strain (appearing on behalf of American Stock Transfer).

During the teleconference, the parties indicated the issue before the Court concerned a deposition scheduling dispute between Plaintiffs and American Stock Transfer regarding production of a Rule 30(b)(6) witness for American Stock Transfer. After hearing argument from the parties, and consideration of all the circumstances, the Court will extend the deadline in this matter to permit this deposition to be scheduled and conducted outside of the discovery time period.

Accordingly,

**IT IS HEREBY ORDERED** that American Stock Transfer Company will produce its designated Rule 30(b)(6) witness, Herbert Lenner, for deposition at the offices of Reilly Pozner, LLP, 1900 Sixteenth Street, Suite 1700, Denver, Colorado 80202, on June 5, 2014 at 9:00 a.m. MST.

Dated this __20th__ day of May, 2014.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE