UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JO ANN HOWARD & ASSOCIATES, P.C., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:09CV01252 ERW |
| J. DOUGLAS CASSITY, et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

On May 8, 2014, this Court entered a Memorandum and Order relating to *In Camera* Review of boxes provided to the Court by Wittner Defendants. The Court ordered that documents for which privilege was claimed, but not initially produced in the boxes supplied to the Court, be submitted to the Court for review. Additional documents were supplied to the Court on May 15, 2014. The Court has now completed reviewing the subsequently supplied documents and makes the following rulings of "P" (privileged) or "NP" (not privileged):

Box 1    11/28/84 letter written to Doug Cassity
       with attachments - P

       10/29/82 communication Wittner for Doug Cassity - P

Box 23    8/22/02 letter from Pam to Jean referencing Tyler Cassity - P

Box 25    E-mail 11/02/07 Theresa to Spewak - NP

Box 27    05/24/07 letter Spewak to Nekol Province - NP

Filed named "Miscellaneous Documents"

    Letter to James Crawford from Spewak 3/28/08 with privileged attachments - P

    Two operating agreements of JIEL Artifacts 1/17/08 - NP

    E-mail 10/27/09 Jim Crawford to Wittner w/ attachments - NP

    01/10/08 fax to Dave - unknown sender - NP

    07/13/09 letter Spewak to James Crawford mentioning attachments that are missing - NP

    Phone call memo 10/25/(?) to Mr. Crawford from Jen - NP

    Internal Revenue Service letter "Legal Name Wealth and Health Resources" to Spewak - NP

    Three-page Certificate of Incorporation from Secretary of State dated 6/25/09 for Wealth and Health Resources, Inc. - NP

    Six-page "Operating Agreement" dated 06/05/09 page 5 missing - NP

Box 31    Notes - undated - reference Jim Crawford - P

    05/13/07 Memorandum referencing Cindy and Randy Singer - NP

Box 32    E-mail 09/09/02 Tyler Cassity to Wittner - P

    11/07/02 Memorandum from H. Wittner to Tyler Cassity with attachments - NP

    E-mail 12/03/02 from H. Wittner to Tyler Cassity - P

    E-mail 11/27/02 from H. Wittner to Tyler Cassity and E-mail Tyler Cassity to H. Wittner with attachments - P

    Undated notes from "Howard to NPS" - P

    Duplicate e-mail 11/21/02 K. Scannell to H. Wittner - P

    11/22/02 Memorandum K. Scannell to H. Wittner - P

Box 74                      1,065 pages of documents - NP

**IT IS HEREBY ORDERED** that a listed counsel of record for the Wittner Firm shall promptly retrieve the submitted "box folders" from chambers with proper identification.

**IT IS FURTHER ORDERED** that Wittner Defendants' firm shall supply copies of all non-privileged documents to Plaintiffs within seven (7) days of this Order.

So Ordered this 21st day of May, 2014.

_____
E. RICHARD WEBBER
SENIOR JUDGE E. RICHARD WEBBER