UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., ET AL., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 4:09-cv-1252 ERW ) |
| J. DOUGLAS CASSITY, ET AL., | ) ) ) |
| Defendants. | ) |

## *DEFENDANT BROWN SMITH WALLACE, LLC'S MOTION TO STRIKE PLAINTIFFS' EXPERT SHAHRIAR ARFA-ZANGANEH'S OPINIONS ON CAUSATION AND DAMAGES*

COMES NOW Defendant Brown Smith Wallace, LLC (hereinafter "BSW"), pursuant to Federal Rule of Evidence 702, by and through its attorneys, and for its Motion to Strike Plaintiffs' Expert Shahriar Arfa-Zanganeh's Opinions on Causation and Damages, states as follows:

1. BSW anticipates that at trial, Plaintiff intends to will offer the expert testimony of Mr. Arfa-Zanganeh, who would testify that: (1) BSW breached its standard of care in performing the 2004 audits of Lincoln and Memorial and (2) this breach caused damages to Plaintiffs in the amount of $141,122,584.

2. Mr. Arfa-Zanganeh's opinions on causation and damages and his calculation of damages should be stricken from his Report and he should be barred from testifying on the same.

3. Mr. Arfa-Zanganeh lacks the requisite professional qualifications to render all of the opinions related to causation and damages contained in his Expert Report. Specifically,

he seeks to opine on matters involving insurance regulation, and he is not a qualified expert on insurance regulation.

4. Mr. Arfa-Zanganeh based his opinions on causation and damages and his calculation of damages on speculation and insufficient facts. Specifically, Mr. Arfa-Zanganeh speculated about what the Texas Department of Insurance regulators would have done and when had different information been disclosed in the 2004 audits of Lincoln and Memorial. Mr. Arfa-Zanganeh's opinions are not based on sufficient facts.

5. As a result of the narrow terms of his engagement, Mr. Arfa-Zanganeh's method of calculating damages is fundamentally flawed because: (1) he only calculated a "gross" loss to the Companies for the policies issued after January 1, 2006, not actual ("net") damages; (2) he failed to account for over a billion dollar loss to Lincoln and Memorial in the timeframe for which he calculated damages and (3) he failed to consider other alternative causes for the alleged $141,122,584 in damages to Plaintiffs.

6. Because Mr. Arfa-Zanganeh's opinions on causation and damages and his calculation of damages are speculative and fundamentally flawed, they are unreliable.

7. Plaintiff and Mr. Arfa-Zanganeh should not be permitted to "taint" the jury with his "gross" loss and fundamentally flawed calculation of damages and opinions on causation and damages.

8. In support of this Motion, BSW incorporates by reference its memorandum of law, filed contemporaneously with this Motion.

9. BSW requests oral argument on its Motion.

WHEREFORE Defendant Brown Smith Wallace, LLC prays that this Honorable Court order that all expert testimony, either written or oral, submitted by Shahriar Arfa-Zanganeh relating to causation and damages be excluded from these proceedings.

/s/ Steven J. Hughes
Gary E. Snodgrass   #27037
Federal Registration No. 27037MO
Steven J. Hughes   #38968
Federal Registration No. 38968MO
Jaime N. Mitchell   #60949
Federal Registration No. 60949MO
PITZER SNODGRASS, P.C.
Attorney for Defendant Brown Smith Wallace
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 2nd day of October, 2014 to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Plaintiffs | dreilly@rplaw.com; lpozner@rplaw.com; wfisher@rplaw.com; geroper@rplaw.com; mgraham@grgpc.com; mcole@grgpc.com; MBurkitt@rplaw.com; mrobertson@rplaw.com; mkotlarczyk@rplaw.com; dnielsen@rplaw.com; |
| Southwest Bank and Marshall & Isley Trust Company, N.A. | jdemerath@armstrongteasdale.com; clarose@armstrongteasdale.com; blong@winston.com; ldesider@winston.com; JTravalini@winston.com; |
| U.S. Bank, N.A. | sandra.wunderlich@stinsonleonard.com; andrew.scavotto@stinsonleonard.com; cicely.lubben@stinsonleonard.com; neal.griffin@stinsonleonard.com; russell.keller@stinsonleonard.com; john.young@stinsonleonard.com; |
| Bremen Bank and Trust Company | tcummings@armstrongteasdale.com; jvalentino@armstrongteasdale.com; |
| Bank of America, N.A. | perry.brandt@bryancave.com; jeff.ziesman@bryancave.com; |

| | |
|---|---|
| | tim.davis@bryancave.com; james.lawrence@bryancave.com; tracy.hancock@bryancave.com; |
| American Stock Transfer and Trust Company, LLC | jaykanzler@wkllc.com; jdaichman@kanekessler.com; gstrain@kanekessler.com; |
| Comerica Bank & Trust, N.A. | jgolden@dykema.com; rgottlieb@dykema.com; rzipprich@dykema.com; jjamison@dykema.com; jhongs@hinshawlaw.com; mschindler@dykema.com; |
| National City Bank and PNC Bank, N.A. | mbartolacci@thompsoncoburn.com; kbousquet@thompsoncoburn.com; pwolff@wc.com; akeyes@wc.com; mhickcox-howard@wc.com; mdarrough@thompsoncoburn.com; |
| Brown Smith Wallace, L.L.C. | snodgrass@pspclaw.com; hughes@pspclaw.com; jmitchell@pspclaw.com; |
| J. Tyler Cassity and Hollywood Forever, Inc. | slee@raineslaw.com; sguerami@raineslaw.com; rshore@raineslaw.com; mfeldman@raineslaw.com; fak@korantenglawfirm.com; |
| Forever Enterprises, Inc., Forever Network, Inc., Forever Illinois, Inc., Texas Forever, Inc., Lincoln Memorial Services, Inc., National Heritage Enterprises, Inc., National Prearranged Services Agency, Inc., Legacy International Imports, Inc., and Brentwood Heritage Properties, L.L.C | firminap@gmail.com; |
| Richard Markow | sarachan@capessokol.com; cooley@capessokol.com; fehr@capessokol.com; |
| Rhonda L. Cassity, Inc., a/k/a Wellstream, Inc. | colleen@cjmaclaw.com |
| Herbert Morisse | mbartolacci@thompsoncoburn.com; kbousquet@thompsoncoburn.com; |
| George Wise, III | kerrikfieldslaw@msn.com; |
| Katherine Scannell | adam@goffsteinlaw.com; |
| Tony B. Lumpkin, III, Pro se | tlumpkin@ltjmanagement.com; |

Via Mail:

Brent D. Cassity #38224-044
Leavenworth
U.S. Penitentiary
P.O. Box 1000
Leavenworth, Kansas  66048

Randall K. Sutton #36549-044
Satellite Camp Terre Haute
P.O. Box 33
Terre Haute, Indiana  47808

Nekol Province #36759-044
Carswell
Federal Medical Center
P.O. Box 27137
Fortworth, Texas  76127

David R. Wulf #38227-044
FCI Terre Haute
4200 Bureau Road North
Terre Haute, Indiana  47808

Mr. Tony B. Lumpkin, III
3806 Horseshoe Bend Cove
Austin, Texas  78704

J. Douglas Cassity #02005-045
Marion U.S. Penitentiary
P.O. Box 1000
Marion, Illinois  62959

       /s/ Steven J. Hughes