IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC., ET AL., <br><br> Plaintiffs, <br> v. <br><br> J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., <br><br> Defendants. | Case No. 09-CV-1252-ERW |

**PLAINTIFFS' NOTICE OF SETTLEMENT AGREEMENT
WITH DEFENDANT BRENT CASSITY**

Plaintiffs notify this Court of their settlement agreement reached with Defendant Brent Cassity.  The parties will endeavor to complete a settlement agreement as expeditiously as possible in order for Plaintiffs to file a stipulation of dismissal of claims against Defendant Brent Cassity.

1919734

Dated this 24th day of November, 2014.

>Respectfully submitted,

>*s/ Wendy B. Fisher*
>Daniel M. Reilly (Admitted *Pro Hac Vice*)
>Larry S. Pozner, E.D. Missouri Bar No. 2792CO
>Wendy B. Fisher (Admitted *Pro Hac Vice*)
>Glenn E. Roper (Admitted *Pro Hac Vice*)
>Clare S. Pennington (Admitted *Pro Hac Vice)*
>Farrell A. Carfield (Admitted *Pro Hac Vice*)
>Lauren G. Jaeckel (Admitted *Pro Hac Vice*)
>Sean Connelly (Admitted *Pro Hac Vice*)
>Michael P. Robertson (Admitted *Pro Hac Vice*)
>Michael T. Kotlarczyk (Admitted *Pro Hac Vice*)
>Dru R. Nielsen (Admitted *Pro Hac Vice*)
>Ashley D. Morgan (Admitted *Pro Hac Vice*)

>Reilly Pozner LLP
>1900 16th Street, Suite 1700
>Denver, CO 80202
>(303) 893-6100

>Maurice B. Graham, Bar No. 3257
>Morry S. Cole, Bar No. 77854
>Gray, Ritter & Graham, P.C.
>701 Market Street, Suite 800
>St. Louis, MO 63101
>(314) 241-5620

>Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2014, the foregoing **PLAINTIFFS' NOTICE OF SETTLEMENT AGREEMENT WITH DEFENDANT BRENT CASSITY** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on November 24, 2014, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

Tony B. Lumpkin, III
2806 Horseshoe Bend Cove
Austin, TX 78704
*Pro se*

Sharon Nekol Province, *Pro se*
Register # 36759-044
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth, TX 76127

Brent Douglas Cassity, *Pro se*
Register # 38224-044
USP Leavenworth
U.S. Penitentiary Satellite Camp
P.O. Box 1000
Leavenworth, KS 66048

David R. Wulf, *Pro se*
Register # 38227-044
FCI Terre Haute
Federal Correctional Institution
Satellite Camp
P.O. Box 33
Terre Haute, IN 47808

Randall K. Sutton, *Pro Se*
Register # 36549-044
Rochester Federal Medical Center
P.O. Box 4000
Rochester, MN 55903

James Douglas Cassity, *Pro se*
Register # 02005-045
USP Marion
U.S. Penitentiary
Satellite Camp
P.O. Box 1000
Marion, IL 62959

                                                                              *s/ Wendy B. Fisher*
                                                                              Wendy B. Fisher
                                                                              (Admitted *Pro Hac Vice)*
                                                                              Attorney for Plaintiffs

1919734