IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC.; ET AL., )))))))) | |
| Plaintiffs, ) | Case No. 09-CV-1252-ERW |
| v. )) | |
| J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., )))) | |
| Defendants. )) | |

## STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST DEFENDANTS J. TYLER CASSITY, HOLLYWOOD FOREVER, INC., RHONDA L. CASSITY AND RHONDA L. CASSITY, INC.

Plaintiffs and Defendants J. Tyler Cassity ("Tyler"), Hollywood Forever, Inc. ("Hollywood"), Rhonda L. Cassity ("Rhonda") and Rhonda L. Cassity, Inc. ("RLCI"), under Fed. R. Civ. P. 41(a)(2), request an Order of the Court approving the dismissal with prejudice of Plaintiffs' claims against Tyler, Hollywood, Rhonda and RLCI, as contained in Plaintiffs' Third Amended Complaint.

1. Plaintiffs and Tyler, Hollywood, Rhonda and RLCI stipulate and agree to this dismissal with prejudice.

2. There are no pending counterclaims or motions for summary judgment filed by Tyler, Hollywood, Rhonda or RLCI.

1923834

3. Plaintiffs' dismissal with prejudice against Tyler, Hollywood, Rhonda and RLCI shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

Dated this 11th day of December, 2014.

Respectfully submitted,

*s/ Wendy B. Fisher*
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice)*
Farrell A. Carfield (Admitted *Pro Hac Vice*)
Lauren G. Jaeckel (Admitted *Pro Hac Vice*)
Sean Connelly (Admitted *Pro Hac Vice*)
Michael P. Robertson (Admitted *Pro Hac Vice*)
Michael T. Kotlarczyk (Admitted *Pro Hac Vice*)
Dru R. Nielsen (Admitted *Pro Hac Vice*)
Ashley D. Morgan (Admitted *Pro Hac Vice*)

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100


and

1923834

        Maurice B. Graham, Bar No. 3257
        Morry S. Cole, Bar No. 77854
        Gray, Ritter & Graham, P.C.
        701 Market Street, Suite 800
        St. Louis, MO 63101
        (314) 241-5620

        Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

3

1923834

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2014, the foregoing **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST DEFENDANTS J. TYLER CASSITY, HOLLYWOOD FOREVER, INC., RHONDA L. CASSITY AND RHONDA L. CASSITY, INC.** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on December 11, 2014, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

Tony B. Lumpkin, III
2806 Horseshoe Bend Cove
Austin, TX  78704
*Pro se*

Sharon Nekol Province, *Pro se*
Register # 36759-044
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth,  TX 76127

Brent Douglas Cassity, *Pro se*
Register # 38224-044
USP Leavenworth
U.S. Penitentiary Satellite Camp
P.O. Box 1000
Leavenworth, KS 66048

David R. Wulf, *Pro se*
Register # 38227-044
FCI Terre Haute
Federal Correctional Institution
Satellite Camp
P.O. Box 33
Terre Haute, IN 47808

James Douglas Cassity, *Pro se*
Register # 02005-045
USP Marion
U.S. Penitentiary
Satellite Camp
P.O. Box 1000
Marion, IL 62959

Randall K. Sutton, *Pro Se*
Register # 36549-044
Rochester Federal Medical Center
P.O. Box 4000
Rochester, MN 55903

                                     *s/ Wendy B. Fisher*
                                     Wendy B. Fisher
                                     (Admitted *Pro Hac Vice)*
                                     Attorney for Plaintiffs