IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC.; ET AL., ) ) ) ) ) ) ) ) |  |
| Plaintiffs, ) | Case No. 09-CV-1252-ERW |
| v. ) ) |  |
| RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., ) ) ) ) |  |
| Defendants. ) |  |

**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE
OF COMPLAINT AGAINST BREMEN BANK AND TRUST COMPANY**

Plaintiffs and Defendant Bremen Bank and Trust Company ("Bremen"), under Fed. R. Civ. P. 41(a)(2), request an Order of the Court approving dismissal with prejudice of Plaintiffs' claims against Bremen, as contained in Plaintiffs' Third Amended Complaint.

1. Defendant Bremen has not pleaded a counterclaim or filed a motion for summary judgment.

2. Defendant Bremen and Plaintiffs' counsel agree to this dismissal with prejudice.

3. Plaintiffs' dismissal with prejudice against Defendant Bremen shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

4. Plaintiffs and Defendant Bremen stipulate and agree to this dismissal with prejudice.

1866707

## DEFENDANT BREMEN BANK AND TRUST'S
## CONSENT TO DISMISSAL WITH PREJUDICE

Defendant Bremen consents to, and requests the Court to enter an order, granting this stipulated dismissal with prejudice.

        *s/ Thomas Cummings*
Thomas Cummings
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105-1847
(314) 621-5070
tcummings@armstrongteasdale.com

Attorney for Defendant Bremen Bank and Trust

Dated this 15th day of December, 2014.

Respectfully submitted,

        *s/ Wendy B. Fisher*
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice*)
Farrell A. Carfield (Admitted *Pro Hac Vice*)
Lauren G. Jaeckel (Admitted *Pro Hac Vice*)
Sean Connelly (Admitted *Pro Hac Vice*)
Michael P. Robertson (Admitted *Pro Hac Vice*)
Michael T. Kotlarczyk (Admitted *Pro Hac Vice*)
Dru R. Nielsen (Admitted *Pro Hac Vice*)
Ashley D. Morgan (Admitted *Pro Hac Vice*)

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100

and

1866707

          Maurice B. Graham, Bar No. 3257
          Morry S. Cole, Bar No. 77854
          Gray, Ritter & Graham, P.C.
          701 Market Street, Suite 800
          St. Louis, MO 63101
          (314) 241-5620

          Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

3

1866707

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, the foregoing **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST BREMEN BANK AND TRUST COMPANY** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on December 15, 2014, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

Tony B. Lumpkin, III
2806 Horseshoe Bend Cove
Austin, TX  78704
Pro se

Sharon Nekol Province, Pro se
Register # 36759-044
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth,  TX 76127

Brent Douglas Cassity, Pro se
Register # 38224-044
USP Leavenworth
U.S. Penitentiary Satellite Camp
P.O. Box 1000
Leavenworth, KS 66048

David R. Wulf, Pro se
Register # 38227-044
FCI Terre Haute
Federal Correctional Institution
Satellite Camp
P.O. Box 33
Terre Haute, IN 47808

Randall K. Sutton, Pro Se
Register # 36549-044
Rochester Federal Medical Center
P.O. Box 4000
Rochester, MN 55903

James Douglas Cassity, Pro se
Register # 02005-045
USP Marion
U.S. Penitentiary
Satellite Camp
P.O. Box 1000
Marion, IL 62959

                      *s/ Wendy B. Fisher*
                      Wendy B. Fisher
                      (Admitted *Pro Hac Vice)*
                      Attorney for Plaintiffs