**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC., ET AL., | ) | |
| Plaintiffs, | ) | Case No. 09-CV-1252-ERW |
| vs. | ) | |
| J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS BMO HARRIS BANK, N.A.; MARSHALL & ILSLEY TRUST COMPANY, N.A.; AND SOUTHWEST BANK, AN M&I BANK**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Jo Ann Howard and Associates, P.C., Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; the Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association (collectively the "Plaintiffs"); and Defendants BMO Harris Bank, N.A.; Marshall & Ilsley Trust Company, N.A.; and Southwest Bank, an M&I Bank (collectively the "BMO Defendants") hereby stipulate to the dismissal with prejudice of the BMO Defendants, and of all of Plaintiffs'

claims against the BMO Defendants, in the above-entitled action, all matters in controversy between the Plaintiffs and the BMO Defendants having been settled, compromised, and adjourned.  Each party shall bear its own costs and attorneys' fees.

Dated: December 16, 2014

BMO HARRIS BANK, N.A.;
MARSHALL & ILSLEY TRUST COMPANY, N.A.; and
SOUTHWEST BANK, AN M&I BANK

*s/ Lawrence R. Desideri*

Lawrence R. Desideri (*pro hac vice*)
Brook R. Long (*pro hac vice*)
Joanna R. Travalini (*pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 (telephone)
(312) 558-5700 (facsimile)
LDesideri@winston.com
BLong@winston.com
JTravalini@winston.com

Jeffrey T. Demerath #30991MO
Christopher R. LaRose #59612MO
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard
Suite 1800
St. Louis, MO 63105
(314) 621-5070 (telephone)
(314) 621-5065 (facsimile)
JDemerath@armstrongteasdale.com
CLarose@armstrongteasdale.com

Respectfully submitted,

JO ANN HOWARD AND ASSOCIATES, P.C., IN ITS CAPACITY AS SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC.; THE NATIONAL ORGANIZATION OF LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATIONS; THE MISSOURI LIFE & HEALTH INSURANCE GUARANTY ASSOCIATION; THE TEXAS LIFE & HEALTH INSURANCE GUARANTY ASSOCIATION; THE ILLINOIS LIFE & HEALTH INSURANCE GUARANTY ASSOCIATION; THE KANSAS LIFE & HEALTH INSURANCE GUARANTY ASSOCIATION; THE OKLAHOMA LIFE & HEALTH INSURANCE GUARANTY ASSOCIATION; THE KENTUCKY LIFE & HEALTH INSURANCE GUARANTY ASSOCIATION; AND THE ARKANSAS LIFE & HEALTH INSURANCE GUARANTY ASSOCIATION

*s/ Wendy B. Fisher*

Daniel M. Reilly (*pro hac vice*)
Larry S. Pozner, E.D. Mo. Bar No. 2792CO
Wendy B. Fisher (*pro hac vice*)
Glenn E. Roper (*pro hac vice*)
Clare S. Pennington (*pro hac vice)*
Farrell A. Carfield (*pro hac vice*)
Lauren G. Jaeckel (*pro hac vice*)
Sean Connelly (*pro hac vice*))
Michael P. Robertson (*pro hac vice*)
Michael T. Kotlarczyk (*pro hac vice*)
Dru R. Nielsen (*pro hac vice*)
Ashley D. Morgan (*pro hac vice*)

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100

Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2014 the foregoing instrument was filed electronically with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system. I further certify that a true and correct copy of the foregoing instrument was served via First-Class U.S. Mail, postage prepaid, upon the following nonparticipants in Electronic Case Filing on December 16, 2014:

Randall K. Sutton
#36549-044
Rochester Federal Medical Center
P.O. Box 4000
Rochester, MN 55903

David R. Wulf
#38227-044
Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Sharon Nekol Province
#36759-044
Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth, TX 76127

Tony B. Lumpkin, III
2806 Horseshoe Bend Cove
Austin, TX 78704

By: *s/ Wendy B. Fisher*
Wendy B. Fisher
(Admitted *Pro Hac Vice)*
Attorney for Plaintiffs