IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC.; ET AL., ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 09-CV-1252-ERW |
| v. ) ) | |
| J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., ) ) ) ) | |
| Defendants. ) | |

**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE
OF COMPLAINT AGAINST DEFENDANT BANK OF AMERICA, N.A.**

Plaintiffs and Defendant Bank of America, N.A., under Fed. R. Civ. P. 41(a)(2), request an Order of the Court approving the dismissal with prejudice of Plaintiffs' claims against Bank of America, N.A., as contained in Plaintiffs' Third Amended Complaint.

1. Plaintiffs and Bank of America, N.A stipulate and agree to this dismissal with prejudice.

2. Pending matters in controversy between Plaintiffs and Bank of America, N.A. have been mutually resolved. Each party is to bear its own costs and attorneys' fees.

3. Plaintiffs' dismissal with prejudice against Bank of America, N.A. shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

Dated this 19th day of December, 2014.

1926855

Respectfully submitted,

　　　　*s/ Wendy B. Fisher*　　　　　
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice)*
Farrell A. Carfield (Admitted *Pro Hac Vice*)
Lauren G. Jaeckel (Admitted *Pro Hac Vice*)
Sean Connelly (Admitted *Pro Hac Vice*)
Michael P. Robertson (Admitted *Pro Hac Vice*)
Michael T. Kotlarczyk (Admitted *Pro Hac Vice*)
Dru R. Nielsen (Admitted *Pro Hac Vice*)
Ashley D. Morgan (Admitted *Pro Hac Vice*)

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100


and

2

1926855

Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

and


          *s/ W. Perry Brandt*          
W. Perry Brandt (Fed. Bar No. 28292 MO)
James D. Lawrence (admitted *pro hac vice*)
Jeffrey A. Ziesman (admitted *pro hac vice*)
Timothy J. Davis (admitted *pro hac vice*)
Tracy R. Hancock (admitted *pro hac vice*)
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
T: (816) 374-3200
F: (816) 374-3300
perry.brandt@bryancave.com
jdlawrence@bryancave.com
jeff.ziesman@bryancave.com
tim.davis@bryancave.com
tracy.hancock@bryancave.com

ATTORNEYS FOR DEFENDANT
BANK OF AMERICA, N.A.

3

1926855

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, the foregoing **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST DEFENDANT BANK OF AMERICA, N.A.** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on December 19, 2014, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

Tony B. Lumpkin, III
2806 Horseshoe Bend Cove
Austin, TX  78704
*Pro se*

Sharon Nekol Province, *Pro se*
Register # 36759-044
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth,  TX 76127

David R. Wulf, *Pro se*
Register # 38227-044
FCI Terre Haute
Federal Correctional Institution
Satellite Camp
P.O. Box 33
Terre Haute, IN 47808

Randall K. Sutton, *Pro Se*
Register # 36549-044
Rochester Federal Medical Center
P.O. Box 4000
Rochester, MN 55903

          *s/ Wendy B. Fisher*
          Wendy B. Fisher
          (Admitted *Pro Hac Vice)*
          Attorney for Plaintiffs