UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JO ANN HOWARD & ASSOCIATES, P.C., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:09CV01252 ERW |
| J. DOUGLAS CASSITY, *et al.,* | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the court upon "Motion for Summary Judgment by Defendant American Stock Transfer and Trust Company, LLC" [ECF No. 1740].

After considering the parties' briefs and oral arguments, the Court finds there are genuine issues of material fact as to the issues presented. "Questions of proximate cause are for the jury." *Beeman v. Manville Corp. Asbestos Disease Compensation Fund*, 496 N.W.2d 247, 254 (Iowa 1993).

Accordingly,

**IT IS HEREBY ORDERED** that American Stock Transfer and Trust Company, LLC's Motion for Summary Judgment [ECF No. 1740] is **DENIED**.

So Ordered this 22nd Day of December, 2014.

_____
**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**