Randall K. Sutton #36549-044
ROCHESTER
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER, MN 55903

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

OFFICIAL BUSINESS

ST LOUIS
MO 630
12 DEC '14
PM 5 L

Hasler
12/11/2014
US POSTAGE $00.69



ZIP 63102
011D11622820

RECEIVED
DEC 29 2014
BY MAIL

NIXIE        553    5E 1           0012/20/14
            RETURN TO SENDER
                REFUSED
            UNABLE TO FORWARD

BC: 63102112599        *2516-01158-12-33

Randall K. Sutton #36549-044
ROCHESTER
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER, MN 55903

------------------------------------------------------

Case: 4:09-cv-1252    Document: 2003

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

OFFICIAL BUSINESS



ST LOUIS
MO 630
10 DEC '14
PM 4 L



Hasler
12/10/2014
US POSTAGE $00.69

ZIP 63102
011D11022829

**RECEIVED**
DEC 29 2014
**BY MAIL**

NIXIE        553   5E 1           0012/20/14
            RETURN TO SENDER
               REFUSED
            UNABLE TO FORWARD

BC: 63102112599        *2416-06060-10-38