UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JO ANN HOWARD & ASSOCIATES, P.C., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:09CV01252 ERW |
| J. DOUGLAS CASSITY, *et al.,* | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the court upon "Plaintiffs' Motion for Leave to Conduct Trial Preservation Deposition of Brent Cassity" [ECF No. 2058].

A second deposition of Brent Cassity will not be allowed. As an alternative, the Court will consider allowing a limited interrogatory of Brent Cassity. Plaintiffs shall submit six proposed interrogatories by 5:00 P.M., Friday, January 9, 2015. Defendants will submit proposed counter interrogatories by 5:00 P.M., Tuesday, January 13, 2015. Parties shall file the proposed interrogatories as Notices to the Court. The Court will not accept subparts to the interrogatories. The Court will then decide if it will allow these interrogatories.

Accordingly,

**IT IS HEREBY ORDERED** that "Plaintiffs' Motion for Leave to Conduct Trial Preservation Deposition of Brent Cassity" [ECF No. 2058] is **DENIED.**

So ordered this 6th Day of January, 2015.

                                                                **E. RICHARD WEBBER**
                                                                **SENIOR UNITED STATES DISTRICT JUDGE**