IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC.; ET AL., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 09-CV-1252-ERW |
| v. | ) ) | |
| J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE
OF COMPLAINT AGAINST DEFENDANT TONY B. LUMPKIN, III**

Plaintiffs and Defendant Tony B. Lumpkin, III ("Lumpkin") under Fed. R. Civ. P. 41(a)(2), request an Order of the Court approving dismissal with prejudice of Plaintiffs' claims against Lumpkin, as contained in Plaintiffs' Third Amended Complaint.

1. Plaintiffs and Lumpkin stipulate and agree to this dismissal with prejudice.

2. There are no pending counterclaims or motions for summary judgment filed by Lumpkin.

3. Plaintiffs' dismissal with prejudice against Lumpkin shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

1931181

## DEFENDANT TONY B. LUMPKIN, III'S
## CONSENT TO DISMISSAL WITH PREJUDICE

Defendant Tony B. Lumpkin, III consents to, and requests the Court to enter an order, granting this stipulated dismissal with prejudice.

_____
Defendant Tony B. Lumpkin, III

Dated this 9th day of January, 2015.

Respectfully submitted,

_____s/ Wendy B. Fisher_____
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice*)
Farrell A. Carfield (Admitted *Pro Hac Vice*)
Lauren G. Jaeckel (Admitted *Pro Hac Vice*)
Sean Connelly (Admitted *Pro Hac Vice*)
Michael P. Robertson (Admitted *Pro Hac Vice*)
Michael T. Kotlarczyk (Admitted *Pro Hac Vice*)
Dru R. Nielsen (Admitted *Pro Hac Vice*)
Ashley D. Morgan (Admitted *Pro Hac Vice*)

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100

and

Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

**CERTIFICATE OF SERVICE**

       I hereby certify that on January11, 2015, the foregoing **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST DEFENDANT TONY B. LUMPKIN, III** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

       I hereby further certify that on January 12, 2015, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

| | |
|---|---|
| Tony B. Lumpkin, III<br>2806 Horseshoe Bend Cove<br>Austin, TX 78704<br>*Pro se* | David R. Wulf, *Pro se*<br>Register # 38227-044<br>FCI Terre Haute<br>Federal Correctional Institution<br>Satellite Camp<br>P.O. Box 33<br>Terre Haute, IN 47808 |
| Sharon Nekol Province, *Pro se*<br>Register # 36759-044<br>FMC Carswell<br>Federal Medical Center<br>P.O. Box 27137<br>Fort Worth, TX 76127 | |

                                          *s/ Wendy B. Fisher*
                                          Wendy B. Fisher
                                          (Admitted *Pro Hac Vice)*
                                          Attorney for Plaintiffs