**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC., ET AL.,  )))))))) | |
| Plaintiffs,  ) | Case No. 09-CV-1252-ERW |
| v.  )) | |
| J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL.,  )))) | |
| Defendants.  )) | |

## NOTICE OF FILING OF JOINT STIPULATION OF UNDISPUTED FACTS

Pursuant to the Case Management Order [ECF No. 1188], attached as Exhibit A is a Joint Stipulation of Undisputed Facts.  This stipulation has been agreed to by Plaintiffs, Defendant U.S. Bank, and Defendants PNC Bank and National City Bank.  No other Defendants responded to the correspondence regarding this stipulation.

Dated this 12th day of January, 2015.

                                              Respectfully submitted,

                                              *s/ Wendy B. Fisher*
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice)*
Farrell A. Carfield (Admitted *Pro Hac Vice)*
Lauren G. Jaeckel (Admitted *Pro Hac Vice)*
Sean Connelly (Admitted *Pro Hac Vice)*
Michael P. Robertson (Admitted *Pro Hac Vice)*
Michael T. Kotlarczyk (Admitted *Pro Hac Vice)*
Dru R. Nielsen (Admitted *Pro Hac Vice*)
Ashley D. Morgan (Admitted *Pro Hac Vice*)

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100

Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2015, the foregoing **NOTICE OF FILING OF JOINT STIPULATION OF UNDISPUTED FACTS** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on January 13, 2015, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

| | |
|---|---|
| Sharon Nekol Province, *Pro se* | David R. Wulf, *Pro se* |
| Register # 36759-044 | Register # 38227-044 |
| FMC Carswell | FCI Terre Haute |
| Federal Medical Center | Federal Correctional Institution |
| P.O. Box 27137 | Satellite Camp |
| Fort Worth, TX 76127 | P.O. Box 33 |
| | Terre Haute, IN 47808 |

                                                  *s/ Wendy B. Fisher*
                                                  Wendy B. Fisher
                                                  (Admitted *Pro Hac Vice)*
                                                  Attorney for Plaintiffs