**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC., ET AL., ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 09-CV-1252-ERW |
| v. ) ) | |
| J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., ) ) ) ) | |
| Defendants. ) | |

## DEFENDANT HERBERT MORISSE'S ADOPTION OF PRE-TRIAL FILINGS

Defendant Herbert Morisse, by and through the undersigned counsel, hereby adopts and joins in the following pre-trial reports of National City Bank and PNC Bank (collectively, "National City"):

(1) National City's Exhibit List (DN 2108);

(2) National City's Witness List (DN 2109);

(3) National City's Deposition List (DN 2107);

(4) National City's Interrogatory Answer List (DN 2106);

(5) National City's Proposed Jury Instructions (DN 2113);

(6) National City's Trial Brief (2117); and

(7) any other pre-trial reports which National City has filed or in which National City has joined.

Respectfully submitted,

THOMPSON COBURN LLP

By   */s/ Kimberly M. Bousquet*
Mike W. Bartolacci, Bar No. 35441
Matthew S. Darrough, Bar No. 46307
Amanda J. Hettinger, Bar No. 55038
Kimberly M. Bousquet, Bar. No. 56829
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)
mbartolacci@thompsoncoburn.com
mdarrough@thompsoncoburn.com
ahettinger@thompsoncoburn.com
kbousquet@thompsoncoburn.com

Attorneys for Defendant Herbert Morisse

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2015, a true and correct copy of the foregoing was served on the attorneys of record pursuant to the Court's electronic filing system.