IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC., ET AL., <br><br>           Plaintiffs, <br><br> vs. <br><br> J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., <br><br>           Defendants. | Case No. 09-CV-1252-ERW |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT BROWN SMITH WALLACE, L.L.C.**

Plaintiffs and Defendant Brown Smith Wallace, L.L.C. ("BSW"), under Fed. R. Civ. P. 41(a)(2), request an Order of the Court approving the dismissal with prejudice of Plaintiffs' claims against BSW, as contained in Plaintiffs' Third Amended Complaint.

1. Plaintiffs and BSW stipulate and agree to this dismissal with prejudice.

2. Pending matters in controversy between Plaintiffs and BSW have been mutually resolved. Each party is to bear its own costs and attorneys' fees.

3. Plaintiffs' dismissal with prejudice against BSW shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

1933285

Dated this 16th day of January, 2014.

                        Respectfully submitted,

                        *s/ Wendy B. Fisher*
                    Daniel M. Reilly (Admitted *Pro Hac Vice*)
                    Larry S. Pozner, E.D. Missouri Bar No. 2792CO
                    Wendy B. Fisher (Admitted *Pro Hac Vice*)
                    Glenn E. Roper (Admitted *Pro Hac Vice*)
                    Clare S. Pennington (Admitted *Pro Hac Vice)*
                    Farrell A. Carfield (Admitted *Pro Hac Vice*)
                    Lauren G. Jaeckel (Admitted *Pro Hac Vice*)
                    Sean Connelly (Admitted *Pro Hac Vice*)
                    Michael P. Robertson (Admitted *Pro Hac Vice*)
                    Michael T. Kotlarczyk (Admitted *Pro Hac Vice*)
                    Dru R. Nielsen (Admitted *Pro Hac Vice*)
                    Ashley D. Morgan (Admitted *Pro Hac Vice*)

                    Reilly Pozner LLP
                    1900 16th Street, Suite 1700
                    Denver, CO 80202
                    (303) 893-6100


                    and

Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association


and


         *s/ Steven J. Hughes*
Gary E. Snodgrass, #27037
Steven J. Hughes, #38968
Jaime N. Mitchell, #60949
Pitzer Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102
(314) 421-5545

ATTORNEYS FOR DEFENDANT
BROWN SMITH WALLACE, L.L.C.

3

1933285

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2015, the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BROWN SMITH WALLACE, L.L.C.** was filed electronically with the Clerk of the Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on January 16, 2015, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

| | |
|---|---|
| Sharon Nekol Province, *Pro se* | David R. Wulf, *Pro se* |
| Register # 36759-044 | Register # 38227-044 |
| FMC Carswell | FCI Terre Haute |
| Federal Medical Center | Federal Correctional Institution |
| P.O. Box 27137 | Satellite Camp |
| Fort Worth, TX 76127 | P.O. Box 33 |
| | Terre Haute, IN 47808 |

By: ____*s/ Wendy B. Fisher*____
       Wendy B. Fisher
       (Admitted *Pro Hac Vice)*
       Attorney for Plaintiffs