TRULINCS 02005045 - CASSITY, JAMES DOUGLAS - Unit: MAR-J-A

---

FROM: 02005045
TO: Pozner, Larry
SUBJECT: ORDER
DATE: 01/14/2015 12:20:52 PM

RECEIVED
JAN 20 2015
BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JO ANN HOWARD AND ASSOCIATES, ET. AL.,
PLAINTIFFS,

V.       CASE NO. 09-CV-1252-ERW

J. DOUGLAS CASSITY, ET. AL.,
DEFENDANTS

REQUEST FOR ISSUANCE OF ORDERS OF DISMISSAL OF DEFENDANTS J. DOUGLAS AND BRENT CASSITY

All claims against Defendants J. Douglas Cassity and Brent Cassity having been dismissed with prejudice by docket entry 2032 entered by this Court on December 16, 2014:
This Defendant requests that Orders or copies Orders of Dismissal of said Defendants With Prejudice, executed or facsimile executed by His Honor, be mailed to this Defendant.
NOW THEREFORE, this Defendant makes no other request.

DATED Jan 14, 2015

J. Douglas Cassity

James Douglas Cassity
02005-045
Marion SAT. Camp-USP
Box 1000
Marion, IL. 62959

SAINT LOUIS MO 630

15 JAN 2015 PM 1 L

⇔02005-045⇔
Cerk Usedmo Court
111 S 10TH ST
Saint Louis, MO 63102
United States

RECEIVED

JAN 20 2015

BY MAIL

63102112599