UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 01/26/2015  **Case No.** 4:09CV1252 ERW

Howard et al. v. Cassity et al.

**Judge** Honorable E. Richard Webber

**Court Reporter** D. Kriegshauser/S. Moran  **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** see attached

**Attorneys for Defendant(s)** see attached

**Parties present for** final pretrial conference. Settlement of claims between plaintiffs and defendant U.S. Bank is announced on the record. Plaintiffs' motions in limine argued. Order to issue. Defendants' motions in limine called and partially argued. Pretrial conference to continue January 27, 2015 at 8:30 a.m.

Attorneys Present : _____

Proceedings commenced: 8:36 a.m. - 12:07 p.m.

Proceedings concluded: 1:07 p.m. - 5:05 p.m.

| Plaintiffs | Counsel | | Present? | Telephone |
|---|---|---|---|---|
| Jo Ann Howard & Associates | Wendy B. Fisher | Reilly Pozner, LLP | | 303-893-6100 |
| National Organization of Life & Health Insurance Guaranty Associations | Michael T. Kotlarczyk | | | |
| Missouri Life & Health Ins. | Clare S. Pennington | | | |
| Texas Life & Health Ins. | Larry S. Pozner | | | |
| Illinois Life & Health Ins. | Daniel M. Reilly | | | |
| Kansas Life & Health Ins. | Glenn E. Roper | | | |
| Oklahoma Life & Health Ins. | | | | |
| Kentucky Life & Health Ins. | | | | |
| Arkansas Life & Health Ins. | | | | |
| | Maurice B. Graham | Gray and Ritter | | 314-241-5620 |

| Defendants | | | | |
|---|---|---|---|---|
| (Sharon) Nekol Province | Pro Se | | NOT PRESENT | |
| Forever Enterprises, Inc. | Firmin Puricelli | | NOT PRESENT | 314-862-4332 |
| National City Bank | Amy Saharia | Williams and Connolly LLP | | 202-434-5000 |
| PNC Bank, N.A. | J. Andrew Keyes | | | |
| | Mary Hickcox-Howard | | | |
| | Stephen Raber | | | |
| Herbert Morisse | Mike Bartolacci | Thompson Coburn, LLP | | 314-552-6100 |