IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC.; ET AL.,  )<br><br>Plaintiffs,  )<br>v.  )<br>J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL.,  )<br><br>Defendants.  ) | Case No. 09-CV-1252-ERW |

## STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST DEFENDANT SHARON NEKOL PROVINCE

Plaintiffs and Defendant Sharon Nekol Province ("Province"), under Fed. R. Civ. P. 41(a)(2), request an Order of the Court approving dismissal with prejudice of Plaintiffs' claims against Ms. Province, as contained in Plaintiffs' Third Amended Complaint.

1. Plaintiffs and Ms. Province stipulate and agree to this dismissal with prejudice.

2. There are no pending counterclaims or motions for summary judgment filed by Ms. Province.

3. Plaintiffs' dismissal with prejudice against Ms. Province shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

1936508

## DEFENDANT SHARON NEKOL PROVINCE'S
## CONSENT TO DISMISSAL WITH PREJUDICE

Defendant Sharon Nekol Province consents to, and requests the Court to enter an order, granting this stipulated dismissal with prejudice.

_____
Defendant Sharon Nekol Province

Dated this 30th day of January, 2015.

       Respectfully submitted,

       *s/ Wendy B. Fisher*
       Daniel M. Reilly (Admitted *Pro Hac Vice*)
       Larry S. Pozner, E.D. Missouri Bar No. 2792CO
       Wendy B. Fisher (Admitted *Pro Hac Vice*)
       Glenn E. Roper (Admitted *Pro Hac Vice*)
       Clare S. Pennington (Admitted *Pro Hac Vice)*
       Farrell A. Carfield (Admitted *Pro Hac Vice*)
       Lauren G. Jaeckel (Admitted *Pro Hac Vice*)
       Sean Connelly (Admitted *Pro Hac Vice*)
       Michael P. Robertson (Admitted *Pro Hac Vice*)
       Michael T. Kotlarczyk (Admitted *Pro Hac Vice*)
       Dru R. Nielsen (Admitted *Pro Hac Vice*)
       Ashley D. Morgan (Admitted *Pro Hac Vice*)

       Reilly Pozner LLP
       1900 16th Street, Suite 1700
       Denver, CO 80202
       (303) 893-6100

       and

       Maurice B. Graham, Bar No. 3257
       Morry S. Cole, Bar No. 77854
       Gray, Ritter & Graham, P.C.
       701 Market Street, Suite 800
       St. Louis, MO 63101
       (314) 241-5620

       Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

3

1936508

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2015, the foregoing **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST DEFENDANT SHARON NEKOL PROVINCE** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that on January 30, 2015, the foregoing was sent by United States Postal Service or by electronic means, as indicated below, to the following non-participants in Electronic Case Filing:

Sharon Nekol Province, *Pro se*
Register # 36759-044
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth, TX 76127

                                                   *s/ Wendy B. Fisher*
                                              Wendy B. Fisher
                                              (Admitted *Pro Hac Vice*)
                                              Attorney for Plaintiffs

1936508