UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., *et al.*, </br>  </br> Plaintiffs, </br> v. </br>  </br> J. DOUGLAS CASSITY, *et al.*, </br>  </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Cause No. 4:09-CV-01252-ERW </br> ) </br> ) </br> ) </br> ) |

### PNC BANK'S MOTION SEEKING JUDICIAL NOTICE

Defendants PNC Bank, N.A. and National City Bank (together "PNC Bank") hereby request that the Court take judicial notice of the printout from the National Organization of Life & Health Insurance Guaranty Associations ("NOLHGA") website obtained on January 30, 2015 at 4:59 PM, accessible at https://www.nolhga.com, which is attached as Exhibit A to the accompanying Memorandum.

For the reasons set forth in detail in the accompanying Memorandum, PNC Bank respectfully requests that the Court grant this Motion.

Dated: January 30, 2015

Respectfully submitted,

By: /s/ Teagan James Gregory
Stephen D. Raber (Admitted *pro hac vice*)
J. Andrew Keyes (Admitted *pro hac vice*)
Amy Mason Saharia (Admitted *pro hac vice)*
Mary Beth Hickcox-Howard (Admitted *pro hac vice*)
Teagan J. Gregory (Admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)

tgregory@wc.com

Mike W. Bartolacci, Bar No. 29110
**THOMPSON COBURN LLP**
One U.S. Bank Plaza, Suite 2600
St. Louis, MO 63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)
mbartolacci@thompsoncoburn.com

*Attorneys for Defendant PNC Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2015, the foregoing PNC BANK'S MOTION SEEKING JUDICIAL NOTICE was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

I hereby further certify that the foregoing was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

Sharon Nekol Province
Register Number 36759-044
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth, TX 76127
*Pro se*

/s/ Teagan James Gregory
Teagan James Gregory
(Admitted *Pro Hac Vice*)