UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JO ANN HOWARD & ASSOCIATES, P.C., *et al.*, | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| vs. | ) | Case No. 4:09CV01252 ERW |
| J. DOUGLAS CASSITY, *et al.*, | ) |  |
| Defendants. | ) |  |

## **MEMORANDUM AND ORDER**

This matter comes before the Court upon PNC Bank's Motion for Reconsideration of Rulings on Deposition Designation Objections [ECF No. 2248].

The following is a list of the Court's prior rulings regarding deposition designations and objections of Maurice Quiroga and the Court's rulings on PNC Bank's Motion for Reconsideration. The Court only reconsidered the designations raised in PNC's motion.[1]

| **Plaintiff Designations** | **Court's Prior Ruling** | **Court's Ruling on Reconsideration** |
|---|---|---|
| **25-Sep-14** |  |  |
| 15:8 - 16 | Overruled | 15:8-11 Sustained/ 15:13-16 Overruled |
| 15:19 | Overruled | Overruled |
| 24:9 - 11 | No Objection | Overruled, if Plaintiffs first establish standard of care |
| 24:13 | Overruled | Overruled, if Plaintiffs first establish standard of care |
| 25:6 - 9 | Overruled | Sustained |
| 27:11 - 22 | Overruled | Sustained |

---

[1] The designations in the first column refer solely to the sections of the designation on which PNC is requesting reconsideration; it does not include the entire designation by Plaintiffs.

| | | |
|---|---|---|
| 27:23 - 28:3 | Overruled | Sustained |
| 28:6 | Overruled | Sustained |
| 36:3 - 12 | Overruled | Sustained |
| 36:14 | Overruled | Sustained |
| 40:20 - 22 | Overruled | Sustained |
| 40:24 | Overruled | Sustained |
| 42:8 - 11 | Overruled | Sustained |
| 42:13 | Overruled | Sustained |
| 51:14 - 17 | Overruled | Overruled |
| 51:19 - 23 | Overruled | Overruled |
| 51:25 | Overruled | Overruled |
| 52:16 - 19 | Overruled | Sustained |
| 56:3 - 56:6 | Overruled | Sustained |
| 56:8 - 12 | Overruled | Sustained |
| 101:22 – 101:25 | Overruled | Sustained |
| 102:20 - 22 | Overruled | Sustained |
| 137:20 - 23 | Overruled | Overruled |
| 138:2 | Overruled | Overruled |
| 145:20 – 145:22 | Overruled | Overruled |
| 145:25-146:3 | Overruled | Overruled |
| 146:5 | Overruled | Overruled |
| 165:2 - 5 | Overruled | Sustained |
| 171:20 - 171:22 | Overruled | Sustained |
| 173:20 - 173:22 | Overruled | Sustained |
| 187:3 - 5 | Overruled | Sustained |
| 187:7 | Overruled | Sustained |
| 196:13 - 15 | Overruled | Overruled |
| 196:17 | Overruled | Overruled |
| 200:1 - 15 | Overruled | 200:1-11 Sustained/200:12-15 Overruled |
| 203:19 - 21 | Overruled | Overruled |
| 203:23 | Overruled | Overruled |
| 204:5 - 8 | Overruled | Overruled |
| 204:10 | Overruled | Overruled |

| | | |
|---|---|---|
| 205:13 - 16 | Overruled | Overruled |
| 213:7 - 10 | Overruled | Overruled |
| 213:12 | Overruled | Overruled |
| 220:17 - 21 | Overruled | Overruled |
| 220:25 | Overruled | Overruled |
| 225:17 - 20 | Overruled | Overruled |
| 225:23 | Overruled | Overruled |
| 235:18 - 24 | Overruled | Sustained |
| 236:2 | Overruled | Sustained |
| 239:1 - 4 | Overruled | Overruled |
| 239:6 | Overruled | Overruled |
| 299:17 - 19 | Overruled | Overruled |
| 299:21 - 22 | Overruled | Overruled |
| 349:12 - 14 | Overruled | Sustained |
| 349:16 - 20 | Overruled | Sustained |
| 349:23 - 24 | Overruled | Sustained |
| 411:25 - 412:4 | Overruled | Overruled |
| 412:7 | Overruled | Overruled |

Accordingly,

**IT IS HEREBY ORDERED** that PNC Bank's Motion for Reconsideration of Rulings on Deposition Designation Objections [ECF No. 2248] is **GRANTED, in part and DENIED, in part**.

So Ordered this 13th day of February, 2015.

*E. Richard Webber* (signature)

_____
**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**