# EXHIBIT A

**Table 3.3**
**Summary of Milliman Cash Surrender Valuation**
*Amounts in $*

| Trust | Valuation Date | Cash Surr. Value Gross of Policy Loans | Policy Loans | Cash Surr. Value Net of Policy Loans | Face Amount | Gross Cash Surr. Value as Percentage of Face Value | Net Cash Surr. Value as Percentage of Face Value |
|---|---|---|---|---|---|---|---|
| Trust II | | | | | | | |
| | July 31, 1998 | 3,863,874 | 2,562,128 | 1,301,746 | 14,122,136 | 27% | 9% |
| | August 31, 1998 | 3,876,400 | 2,536,273 | 1,340,127 | 13,979,310 | 28% | 10% |
| | April 30, 2004 | 3,096,911 | 3,544 | 3,093,367 | 4,489,950 | 69% | 69% |
| | May 31, 2004 | 3,077,558 | 3,544 | 3,074,014 | 4,483,619 | 69% | 69% |
| | December 31, 2005 | 2,759,159 | 0 | 2,759,159 | 4,404,996 | 63% | 63% |
| | January 31, 2006 | 2,734,902 | 0 | 2,734,902 | 4,363,276 | 63% | 63% |
| | April 30, 2006 | 2,646,614 | 0 | 2,646,614 | 3,734,765 | 71% | 71% |
| | May 31, 2006 | 2,633,092 | 0 | 2,633,092 | 3,703,270 | 71% | 71% |
| Trust III | | | | | | | |
| | July 31, 1998 | 6,026,601 | 3,077,924 | 2,948,678 | 22,438,130 | 27% | 13% |
| | August 31, 1998 | 6,067,321 | 3,094,516 | 2,972,805 | 22,519,548 | 27% | 13% |
| | April 30, 2004 | 4,854,504 | 398 | 4,854,106 | 7,358,723 | 66% | 66% |
| | May 31, 2004 | 4,818,266 | 398 | 4,817,868 | 7,302,049 | 66% | 66% |
| | December 31, 2005 | 6,677,403 | 3,631,375 | 3,046,028 | 12,964,239 | 52% | 23% |
| | January 31, 2006 | 6,612,126 | 3,498,913 | 3,113,213 | 12,877,444 | 51% | 24% |
| | April 30, 2006 | 4,176,719 | 3,624,913 | 551,807 | 6,066,663 | 69% | 9% |
| | May 31, 2006 | 4,072,025 | 3,535,185 | 536,840 | 5,981,185 | 68% | 9% |



Jo Ann Howard and Associates, P.C., et al.
Civil Action No. 09-CV-1252-ERW
Exhibit P-1482C

**Table 3.3**
**Summary of Milliman Cash Surrender Valuation**
**Amounts in $**

|  | Cash Surr. Value Gross of Policy Loans | Policy Loans | Cash Surr. Value Net of Policy Loans | Face Amount | Gross Cash Surr. Value as Percentage of Face Value | Net Cash Surr. Value as Percentage of Face Value |
|---|---|---|---|---|---|---|
| **Trust IV** | | | | | | |
| July 31, 1998 | 12,184,597 | 7,524,841 | 4,659,756 | 50,411,560 | 24% | 9% |
| August 31, 1998 | 12,656,722 | 7,518,950 | 5,137,772 | 51,512,644 | 25% | 10% |
| September 30, 1998 | 13,723,996 | 7,540,284 | 6,183,712 | 54,506,088 | 25% | 11% |
| May 31, 2004 | 29,974,931 | 26,382,565 | 3,592,365 | 126,907,295 | 24% | 3% |
| February 28, 2006 | 28,405,742 | 24,637,317 | 3,768,424 | 89,588,960 | 32% | 4% |
| March 31, 2006 | 28,939,946 | 24,557,006 | 4,382,941 | 91,691,461 | 32% | 5% |
| April 30, 2006 | 29,554,869 | 24,516,936 | 5,037,933 | 92,875,500 | 32% | 5% |
| May 31, 2006 | 29,820,037 | 24,414,802 | 5,405,235 | 93,712,488 | 32% | 6% |
| **CSA** | | | | | | |
| April 30, 2004 | 871,004 | 242,157 | 628,847 | 3,620,239 | 24% | 17% |
| May 31, 2004 | 884,842 | 242,841 | 642,001 | 3,672,953 | 24% | 17% |
| May 31, 2005 | 1,008,134 | 879,113 | 129,021 | 4,113,339 | 25% | 3% |
| June 30, 2005 | 1,020,371 | 876,130 | 144,240 | 4,171,725 | 24% | 3% |
| **MTW** | | | | | | |
| April 30, 2004 | 787,932 | 126,744 | 661,189 | 4,131,095 | 19% | 16% |
| May 31, 2004 | 810,363 | 126,984 | 683,378 | 4,223,292 | 19% | 16% |
| May 31, 2005 | 1,017,835 | 735,418 | 282,417 | 4,968,221 | 20% | 6% |
| June 30, 2005 | 1,043,769 | 840,181 | 203,589 | 5,023,951 | 21% | 4% |