UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JO ANN HOWARD & ASSSOCIATES,
P.C. et al            )
                      )
    Plaintiff(s),   )
                      )
vs.                   )   Case No. 09-CV-01252 ERW
                      )
J. DOUGLAS CASSITY, et al   )
                      )
    Defendants(s).  )

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

In accordance with the Court's Order Referring Case to ADR, dated 11/5/2014,

**X**    An ADR conference was held on:   10/16/2014,

**X**    All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith and each possessed the requisite settlement authority;

☐    The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

An ADR referral was concluded on 10/16/2014, and the parties did achieve a settlement.

☐    Although this case was referred to ADR, a conference **WAS NOT HELD**.

Comments: The only defendants involved in this mediation were J. Tyler Cassity, Hollywood Forever, Inc., Rhonda L. Cassity and Rhonda L. Casssity, Inc.

Dated  2/25/15

THOMAS M. LANG, Neutral  Mo Bar 22783