| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., ) <br> SPECIAL DEPUTY RECEIVER OF LINCOLN ) <br> MEMORIAL LIFE INSURANCE COMPANY, ) <br> MEMORIAL SERVICE LIFE INSURANCE ) <br> COMPANY, AND NATIONAL ) <br> PREARRANGED SERVICES, INC., ET AL., ) <br>  ) <br>       Plaintiffs, ) <br> v. ) <br>  ) <br> J. DOUGLAS CASSITY; RANDALL K. ) <br> SUTTON; BRENT D. CASSITY; J. TYLER ) <br> CASSITY; RHONDA L. CASSITY; ET AL., ) <br>  ) <br>       Defendants. ) | Case No. 09-CV-1252-ERW |

**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**
**OF COMPLAINT AGAINST U.S. BANK, N.A.**

      Plaintiffs and Defendant U.S. Bank, N.A. ("U.S. Bank"), under Fed. R. Civ. P. 41(a)(2), request an Order of the Court approving dismissal with prejudice of Plaintiffs' claims against U.S. Bank, as contained in Plaintiffs' Third Amended Complaint.

      1.      Plaintiffs and U.S. Bank stipulate and agree to this dismissal with prejudice.

      2.      There are no pending counterclaims or motions for summary judgment filed by U.S. Bank.

      3.      Plaintiffs' dismissal with prejudice against U.S. Bank shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

      Dated this 8th day of March, 2015.

1

1948583

Respectfully submitted,

*s/ Wendy B. Fisher*
_____

Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice)*
Farrell A. Carfield (Admitted *Pro Hac Vice*)
Lauren G. Jaeckel (Admitted *Pro Hac Vice*)
Sean Connelly (Admitted *Pro Hac Vice*)
Michael P. Robertson (Admitted *Pro Hac Vice*)
Michael T. Kotlarczyk (Admitted *Pro Hac Vice*)
Dru R. Nielsen (Admitted *Pro Hac Vice*)
Ashley D. Morgan (Admitted *Pro Hac Vice*)
Robert J. Kelly (Admitted *Pro Hac Vice*)

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100

And

Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

2

1948583

*s/ Sandra J. Wunderlich*

Sandra J. Wunderlich
Andrew J. Scavotto
Cicely I. Lubben
Neal B. Griffin
John G. Young
Marc D. Goldstein
Stinson Leonard Street LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105-1821
(314) 863-0800

Russell Jeffrey Keller
Ashley E. Dillon
Stinson Leonard Street LLP
1201 Walnut, Suite 2900
Kansas City, MO  641062150
(816) 842-8600

Timothy P. Griffin
Stinson Leonard Street LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402
(612) 335-1500

Attorneys for Defendant U.S. Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2015, the foregoing **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST U.S. BANK, N.A.** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

                                      *s/ Wendy B. Fisher*
                                      Wendy B. Fisher
                                      (Admitted *Pro Hac Vice)*
                                      Attorney for Plaintiffs

1948583