# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

MINUTES OF CIVIL TRIAL
X  Jury Trial

Presiding Judicial Official:   Honorable E. Richard Webber
Date:                          March 9, 2015;  Trial Day:  Twenty-three

Case Number:                   4:09CV1252 ERW
Case Style :                   JoAnn Howard & Assoc. et al.   v. J. Douglas Cassity et al.

Court Reporter:                D. Kriegshauser         Clerk: C. Long

Attorney for Plaintiff:              See attached.
Attorney for Defendant:              See attached.

_____

Jury returns and retires to continue considering its verdict at 8:50 a.m.

Jury Notes Received:

8:50 a.m.
8:53 a.m.
10:00 a.m.
10:06 a.m.
10:11 a.m.

Verdict returned at  10:11 a.m.

The Jury is polled. Verdict is unanimous .
Judgment is entered accordingly this date

_____

Proceedings Commenced: 8:50 a.m.   Proceedings Concluded 10:15 a.m.

| **Plaintiffs** | Counsel | | Telephone |
|---|---|---|---|
| Jo Ann Howard & Associates | Wendy B. Fisher | Reilly Pozner, LLP | 303-893-6100 |
| National Organization of Life & Health Insurance Guaranty Associations | Michael T. Kotlarczyk | | |
| Missouri Life & Health Ins. | Clare S. Pennington | | |
| Texas Life & Health Ins. | Larry S. Pozner | | |
| Illinois Life & Health Ins. | Daniel M. Reilly | | |
| Kansas Life & Health Ins. | Glenn E. Roper | | |
| Oklahoma Life & Health Ins. | Michael P. Robertson | | |
| Kentucky Life & Health Ins. | | | |
| Arkansas Life & Health Ins. | | | |
| | Maurice B. Graham | Gray and Ritter | 314-241-5620 |
| **Defendants** | | | |
| Forever Enterprises, Inc. | Firmin Puricelli | NOT PRESENT | 314-862-4332 |
| National City Bank | Amy Saharia | Williams and Connolly LLP | 202-434-5000 |
| PNC Bank, N.A. | J. Andrew Keyes | | |
| | Mary Hickcox-Howard | | |
| | Stephen Raber | | |
| | Teagan J. Gregory | | |
| | Mike Bartolacci | Thompson Coburn, LLP | 314-552-6100 |