# United States District Court
EASTERN DISTRICT OF MISSOURI

JO ANN HOWARD AND ASSOCIATES, P.C. ,
Special Deputy Receiver, et al.,

        Plaintiffs,

        v.        CASE NUMBER: 4:09CV1252 ERW

J. DOUGLAS CASSITY et al.

        Defendants.

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs JO ANN HOWARD & ASSOCIATES, P.C., et al. shall recover from Defendant PNC BANK, N.A. the amount of $355,500,000 in compensatory damages and $35,550,000 in punitive damages along with costs and interest as allowed by statute. Plaintiffs JO ANN HOWARD & ASSOCIATES, P.C., et al. shall recover from Defendant FOREVER ENTERPRISES, INC. the amount of $100,000,000 along with costs and interest as allowed by statute.

        Gregory J. Linhares
        CLERK OF COURT

March 9, 2015
DATE

By:    /s/ Carol B. Long

        Carol B. Long
        DEPUTY CLERK