IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC.; ET AL., ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 09-CV-1252-ERW |
| v. ) ) | |
| J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., ) ) ) ) | |
| Defendants. ) | |

**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT
AGAINST DEFENDANT AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC**

Plaintiffs and Defendant American Stock Transfer & Trust Company, LLC ("AST"), under Fed. R. Civ. P. 41(a)(2), request an Order of the Court approving the dismissal with prejudice of Plaintiffs' claims against AST, as contained in Plaintiffs' Third Amended Complaint.

1. Plaintiffs and AST stipulate and agree to this dismissal with prejudice.

2. Pending matters in controversy between Plaintiffs and AST have been mutually resolved.  Each party is to bear its own costs and attorneys' fees.

3. Plaintiffs' dismissal with prejudice against AST shall not affect Plaintiffs' claims contained in Plaintiffs' Third Amended Complaint against the remaining defendants.

1950768

Dated this 16th day of March, 2015.

    Respectfully submitted,

    *s/ Wendy B. Fisher*
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Larry S. Pozner, E.D. Missouri Bar No. 2792CO
Wendy B. Fisher (Admitted *Pro Hac Vice*)
Glenn E. Roper (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice*)
Farrell A. Carfield (Admitted *Pro Hac Vice*)
Lauren G. Jaeckel (Admitted *Pro Hac Vice*)
Sean Connelly (Admitted *Pro Hac Vice*)
Michael P. Robertson (Admitted *Pro Hac Vice*)
Michael T. Kotlarczyk (Admitted *Pro Hac Vice*)
Dru R. Nielsen (Admitted *Pro Hac Vice*)
Ashley D. Morgan (Admitted *Pro Hac Vice*)

Reilly Pozner LLP
1900 16th Street, Suite 1700
Denver, CO 80202
(303) 893-6100

And

Maurice B. Graham, Bar No. 3257
Morry S. Cole, Bar No. 77854
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association

2

and

*s/ Gerard Schiano-Strain*
Gerard Schiano-Strain
Jeffrey H. Daichman
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019
(212) 541-6222

Jay L. Kanzler, Jr.
Witzel, Kanzler, Dimmitt, Kenney & Kanzler LLC
2001 S. Big Bend Boulevard
St. Louis, MO 63117
(314) 645-5367

Attorneys for Defendant American Stock Transfer and Trust Company

3

1950768

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2015, the foregoing **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT AGAINST DEFENDANT AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC** was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

          *s/ Wendy B. Fisher*
          Wendy B. Fisher
          (Admitted *Pro Hac Vice)*
          Attorney for Plaintiffs

1950768