UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:09CV01252 ERW ) |
| J. DOUGLAS CASSITY, et al., | ) ) |
| Defendants. | ) |

GOVERNMENT ATTORNEYS' MOTION TO WITHDRAW

COMES NOW, the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Steven A. Muchnick, Assistant United States Attorney for said District, and for the Government Attorneys' Motion to Withdraw, states as follows:

1.    On May 24, 2011, the government moved to intervene in this action in order to seek a temporary stay of "under oath" discovery. [Doc. #699]. Also on May 24, 2011, the government moved for a temporary stay of "under oath" discovery. [Doc. #700]. The purpose of these motions was to prevent civil discovery proceedings in this case from interfering with a criminal case brought by the government against six individuals who were also defendants in this case. These criminal defendants were Randall K. Sutton, Sharon Nekol Province, James Douglas Cassity, a/k/a Doug Cassity, Brent Douglas Cassity, Howard A. Wittner, and David R. Wulf. The criminal case had Cause No. S2-4:09CR00509 JCH.

2.    On July 10, 2011, this court entered a Memorandum and Order granting the government's motion to stay discovery. [Doc. #738]. The criminal cases against the individuals

referred to above were resolved in the months of June, July, and August, 2013. All of these individuals were sentenced on November 14, 2013.

3.      The government's purpose of intervention in this case was satisfied with the entry of the temporary stay of discovery, and the entry of final judgment against the six criminal defendants identified above. The government no longer has any interest in this civil case, and its attorneys do not need to receive docket notices in this case.

4.      The government requests leave of court for its attorneys to withdraw from this action, and for the court to delete the names of its attorneys from the list of attorneys who receive docket notices in this case.

WHEREFORE, the United States of America hereby requests leave of court for its attorneys to withdraw from this civil action, and further requests the court to delete the names of its attorneys from the list of attorneys who receive docket notices in this case.

>                               Respectfully submitted,
>
>                               JEFFREY B. JENSEN
>                               United States Attorney
>
>                                /s/Steven A. Muchnick
>                               STEVEN A. MUCHNICK – 27597MO
>                               Assistant United States Attorney
>                               111 South 10th Street, Room 20.333
>                               St. Louis, Missouri  63102
>                               (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                        *s/ Steven A. Muchnick*
                                        STEVEN A. MUCHNICK – 27597MO
                                        Assistant United States Attorney