# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C. et al., | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | Case No. 4:09CV01252 ERW ) ) |
| DOUGLAS CASSITY, et al., | ) ) |
| Defendant(s). | ) |

## JUDGMENT

In accordance with the Findings of Fact and Conclusions of Law issued on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment shall be issued on behalf of Plaintiffs, against Defendants National City Bank, N.A. and PNC Bank, N.A., in the amount of $72,287,615.00 in damages to the Trusts, $14,847,678.07 in prejudgment interest, and $15,000,000.00 in punitive damages, for a total of $102,135,293.07.

So Ordered this 3rd day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_E. Richard Webber_

　　　　　　　　　　　　　　　　　　　　　　　　　**E. RICHARD WEBBER**
　　　　　　　　　　　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**