**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JO ANN HOWARD AND ASSOCIATES, P.C., SPECIAL DEPUTY RECEIVER OF LINCOLN MEMORIAL LIFE INSURANCE COMPANY, MEMORIAL SERVICE LIFE INSURANCE COMPANY, AND NATIONAL PREARRANGED SERVICES, INC., ET AL., ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 09-CV-1252-ERW |
| v. ) ) | |
| J. DOUGLAS CASSITY; RANDALL K. SUTTON; BRENT D. CASSITY; J. TYLER CASSITY; RHONDA L. CASSITY; ET AL., ) ) ) ) | |
| Defendants. ) | |

**SATISFACTION OF JUDGMENT**

Plaintiffs Jo Ann Howard and Associates, P.C., the National Organization of Life and Health Insurance Guaranty Associations, and the State Guaranty Associations (collectively "Plaintiffs") hereby acknowledge satisfaction of judgment by Defendants PNC Bank, N.A. and National City Bank, N.A. of the judgments entered on July 3, 2019 [Doc. #2954] (amended on December 4, 2019 [Doc. #3035]) and February 21, 2020 [Doc. #3045] in the total combined amount of $111,031,594, inclusive of accumulated post-judgment interest through today's date.

DATED this 22nd day of September, 2021.

Respectfully submitted,

      *s/ Daniel M. Reilly*
Daniel M. Reilly (Admitted *Pro Hac Vice*)
Clare S. Pennington (Admitted *Pro Hac Vice)*
Farrell A. Carfield, E.D. Missouri Bar No. 68621
Michael P. Robertson (Admitted *Pro Hac Vice*)
John M. McHugh (Admitted *Pro Hac Vice*)
Robert J. Kelly (Admitted *Pro Hac Vice*)
Anthony L. Giacomini (Admitted *Pro Hac Vice*)

**REILLY LLP**
1700 Lincoln Street, Suite 2400
Denver, CO 80203
(303) 893-6100

and

Maurice B. Graham, Bar No. 3257
**GRAY, RITTER & GRAHAM, P.C.**
701 Market Street, Suite 800
St. Louis, MO 63101
(314) 241-5620

*Attorneys for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2021, the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system upon all counsel of record in this case participating in Electronic Case Filing.

        *s/ Daniel M. Reilly*
Daniel M. Reilly (admitted *Pro Hac Vice*)

*Attorney for Plaintiffs Jo Ann Howard and Associates, P.C., in its capacity as Special Deputy Receiver of Lincoln Memorial Life Insurance Company, Memorial Service Life Insurance Company, and National Prearranged Services, Inc.; the National Organization of Life and Health Insurance Guaranty Associations; the Missouri Life & Health Insurance Guaranty Association; the Texas Life & Health Insurance Guaranty Association; the Illinois Life & Health Insurance Guaranty Association; the Kansas Life & Health Insurance Guaranty Association; Oklahoma Life & Health Insurance Guaranty Association; the Kentucky Life & Health Insurance Guaranty Association; and the Arkansas Life & Health Insurance Guaranty Association*